McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**
OCT 17 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GARY KEITH OSTERHOUT, <br><br> Defendant. | CASE NO. 2:19-CR-0180 GEB <br><br> 18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms; 18 U.S.C. § 922(a)(5) – Unlawful Sale of Firearm to an Out-of-State Resident (5 Counts); 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |

I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms]

The Grand Jury charges: T H A T

GARY KEITH OSTERHOUT,

defendant herein, between on or about May 19, 2018, and on or about February 12, 2019, in Nevada County, State and Eastern District of California, and elsewhere, not being a licensed dealer of firearms as described in Title 18, United States Code, Section 923, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A).

COUNT TWO: [18 U.S.C. § 922(a)(5) – Unlawful Sale of Firearm to an Out-of-State Resident]

The Grand Jury further charges: T H A T

GARY KEITH OSTERHOUT,

defendant herein, on or about July 20, 2018, in Nevada County, State and Eastern District of California,

not being a licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms, did willfully sell, transfer, and deliver a firearm, specifically:

1. A Heckler and Koch, model 45C, .45-caliber pistol bearing serial number 216-000382;
2. A Ruger, model P345, .45-caliber pistol bearing serial number 664-98677;
3. A Glock, model 43, 9mm pistol bearing serial number BFCR355;
4. A Glock, model 43, 9mm pistol bearing serial number ABVD523; and
5. An unserialized AR-style rifle, ATF Exhibit 24;

to a person other than licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms, knowing, and with reasonable cause to believe, that said person was not then residing in the State of Nevada, the State in which the defendant was residing at the time of the aforesaid sale, transfer, and delivery of the firearm, in violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

COUNT THREE: [18 U.S.C. § 922(a)(5) – Unlawful Sale of Firearm to an Out-of-State Resident]

The Grand Jury further charges: T H A T

GARY KEITH OSTERHOUT,

defendant herein, on or about August 30, 2018, in Nevada County, State and Eastern District of California, not being a licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms, did willfully sell, transfer, and deliver a firearm, specifically:

1. A Glock, model 19 Gen 4, 9mm pistol bearing serial number BEBR028;
2. A Glock, model 19 Gen 4, 9mm pistol bearing serial number BBEF198;
3. A Glock, model 19, 9mm pistol bearing serial number BEKE164;
4. A Glock, model 43, 9mm pistol bearing serial number BFHR981;
5. A Glock, model 17 Gen 4, 9mm pistol bearing serial number BCHF757;
6. A Sig Sauer, model P250, 9mm pistol bearing serial number 57C006909;
7. An unserialized AR-style rifle, ATF Exhibit 28;
8. An unserialized AR-style rifle, ATF Exhibit 29; and
9. An unserialized AR-style rifle, ATF Exhibit 30;

to a person other than licensed importer, licensed manufacturer, licensed dealer, and licensed collector

1 of firearms, knowing, and with reasonable cause to believe, that said person was not then residing in the
2 State of Nevada, the State in which the defendant was residing at the time of the aforesaid sale, transfer,
3 and delivery of the firearm, in violation of Title 18, United States Code, Sections 922(a)(5) and
4 924(a)(1)(D).

5 COUNT FOUR: [18 U.S.C. § 922(a)(5) – Unlawful Sale of Firearm to an Out-of-State Resident]
6     The Grand Jury further charges: T H A T
7                             GARY KEITH OSTERHOUT,
8 defendant herein, on or about October 11, 2018, in Nevada County, State and Eastern District of
9 California, not being a licensed importer, licensed manufacturer, licensed dealer, and licensed collector
10 of firearms, did willfully sell, transfer, and deliver a firearm, specifically:
11     1. A Smith & Wesson, model M&P 45 Shield, pistol bearing serial number HDV3226;
12     2. An Anderson Manufacturing, model AM-15, pistol bearing serial number 15223946;
13     3. An unserialized AR-style rifle, ATF Exhibit 47; and
14     4. An unserialized AR-style rifle, ATF Exhibit 48;
15 to a person other than licensed importer, licensed manufacturer, licensed dealer, and licensed collector
16 of firearms, knowing, and with reasonable cause to believe, that said person was not then residing in the
17 State of Nevada, the State in which the defendant was residing at the time of the aforesaid sale, transfer,
18 and delivery of the firearm, in violation of Title 18, United States Code, Sections 922(a)(5) and
19 924(a)(1)(D).

20 COUNT FIVE: [18 U.S.C. § 922(a)(5) – Unlawful Sale of Firearm to an Out-of-State Resident]
21     The Grand Jury further charges: T H A T
22                             GARY KEITH OSTERHOUT,
23 defendant herein, on or about November 15, 2018, in Nevada County, State and Eastern District of
24 California, not being a licensed importer, licensed manufacturer, licensed dealer, and licensed collector
25 of firearms, did willfully sell, transfer, and deliver a firearm, specifically:
26     1. A Glock, model 43, 9mm pistol bearing serial number ACUT765;
27     2. A Glock, model 43, 9mm pistol bearing serial number BFCF634;
28     3. An unserialized AR-style rifle, ATF Exhibit 55;

    4. An unserialized AR-style rifle, ATF Exhibit 56;

    5. An unserialized AR-style rifle, ATF Exhibit 57;

    6. An unserialized AR-style rifle, ATF Exhibit 58; and

    7. An unserialized AR-style rifle, ATF Exhibit 59;

to a person other than licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms, knowing, and with reasonable cause to believe, that said person was not then residing in the State of Nevada, the State in which the defendant was residing at the time of the aforesaid sale, transfer, and delivery of the firearm, in violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

COUNT SIX: [18 U.S.C. § 922(a)(5) – Unlawful Sale of Firearm to an Out-of-State Resident]

    The Grand Jury further charges: T H A T

              GARY KEITH OSTERHOUT,

defendant herein, on or about January 4, 2019, in Placer County, State and Eastern District of California, not being a licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms, did willfully sell, transfer, and deliver a firearm, specifically:

    1. A Glock, model 17, 9mm pistol bearing serial number BHZV309;

    2. A Glock, model 43, 9mm pistol bearing serial number BAKR192;

    3. A Sig Sauer, model P226, 9mm pistol bearing serial number U533353;

    4. A Glock, model 17C, 9mm pistol bearing serial number AABT819;

    5. A Sig Sauer, model P229R Elite, 9mm pistol bearing serial number 55B097515;

    6. A Ruger, model A9-MS, 9mm pistol bearing serial number 860-84420;

    7. A Sig Sauer, model P228, 9mm pistol bearing serial number B295767;

    8. A Springfield, model XDS-9, 9mm pistol bearing serial number S4948624;

    9. An unserialized AR-style rifle, ATF Exhibit 77; and

    10. An unserialized AR-style rifle, ATF Exhibit 78;

to a person other than licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms, knowing, and with reasonable cause to believe, that said person was not then residing in the State of Nevada, the State in which the defendant was residing at the time of the aforesaid sale, transfer,

INDICTMENT                                                   4

and delivery of the firearm, in violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

FORFEITURE ALLEGATION: [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

Upon conviction of one or more of the offenses alleged in Counts One through Six of this Indictment, defendant GARY KEITH OSTERHOUT shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing or willful commission of the offenses, including:

1. Ruger single six revolver CAL:22 SN:21-00958 (19-ATF-014261),
2. Smith & Wesson 686 revolver CAL:357 SN:CTY7214 (19-ATF-014268),
3. Smith & Wesson 19 revolver CAL:357 SN:AUZ7305 (19-ATF-014269),
4. Smith & Wesson 586 revolver CAL:357 SN:BEZ6069 (19-ATF-014272),
5. Ruger single six revolver CAL:22 SN:37754 (19-ATF-014273),
6. Smith & Wesson 27 revolver CAL:357 SN:DCF1049 (19-ATF-014275),
7. Kimber Ultra Carry II pistol CAL:45 SN:KU61751 (19-ATF-014277),
8. Ruger Blackhawk revolver CAL:357 SN:34-48166 (19-ATF-014278),
9. Smith & Wesson 28 revolver CAL:357 SN:N174022 (19-ATF-014281),
10. Smith & Wesson 29 revolver CAL:44 SN:ACS3381 (19-ATF-014283),
11. Colt Government pistol CAL:40 SN:DS34607 (19-ATF-014284),
12. Smith & Wesson 642 revolver CAL:38 SN:DDZ2419 (19-ATF-014286),
13. Beretta USA Corp APX Pistol CAL:9 SN:AX006006 (19-ATF-014290),
14. Kimber Aegis II pistol CAL:9 SN:KF51563 (19-ATF-014291),
15. Colt Officers ACP pistol CAL:45 SN:SF15781 (19-ATF-014292),
16. Smith & Wesson 66 revolver CAL:357 SN:CCY2310 (19-ATF-014293),
17. Smith & Wesson 29 revolver CAL:44 SN:N132074 (19-ATF-014294),
18. Smith & Wesson 351C Airlite revolver CAL:22 SN:CPL0277 (19-ATF-014295),
19. Smith & Wesson 27 revolver CAL:357 SN:N1955452 (19-ATF-014296),
20. Beretta USA Corp 943 pistol CAL:9 SN:BER731818 (19-ATF-014297),
21. Smith & Wesson 686 revolver CAL:357 SN:CXP1127 (19-ATF-014298),
22. Smith & Wesson 686 revolver CAL:357 SN:CBK2828 (19-ATF-014299),
23. Smith & Wesson 329PD revolver CAL:44 SN:CYF2769 (19-ATF-014300),
24. Ruger SR1911 pistol CAL:9 SN:672-64580 (19-ATF-014301),
25. Smith & Wesson 340 revolver CAL:357 SN:DBR0058 (19-ATF-014302),
26. Kimber Super Carry Pro pistol CAL:45 SN:KR192166 (19-ATF-014303),
27. Smith & Wesson 686 revolver CAL:357 SN:CYS7281 (19-ATF-014304),
28. Colt Lawman MKIII revolver CAL:357 SN:L33291 (19-ATF-014305),
29. Springfield Armory compact pistol CAL:9 SN:137307 (19-ATF-014306),
30. Smith & Wesson 60 revolver CAL:357 SN:CPT5116 (19-ATF-014307),
31. Smith & Wesson 57 revolver CAL:41 SN:CJF1748 (19-ATF-014308),
32. Smith & Wesson 629 revolver CAL:44 SN:AEA2777 (19-ATF-014309),
33. Browning Black Label 1911-380 Pistol CAL:380 SN:51HZW01592 (19-ATF-014310),
34. Smith & Wesson 686 revolver CAL:357 SN:CZP5274 (19-ATF-014311),
35. Springfield Armory, Geneseo IL micro compact pistol CAL:45 S (19-ATF-014312),
36. Browning unknown pistol CAL:unknown SN:16082P2 (19-ATF-014313),
37. Kimber Stainless Target pistol CAL:45 SN:K600386 (19-ATF-014314),
38. Remington Arms 1911R1 pistol CAL:45 SN:RHN49820 (19-ATF-014315),
39. Smith & Wesson 586 revolver CAL:357 SN:DDJ6539 (19-ATF-014317),

40. Smith & Wesson 586 revolver CAL:357 SN:BHV4325 (19-ATF-014318),
41. Smith & Wesson 1911 pistol CAL:.45 auto SN:UCF3434 (19-ATF-014319),
42. Ruger SP101 revolver CAL:327 SN:576-45476 (19-ATF-014320),
43. Sig Sauer (Sig-Arms) P226 pistol CAL:40 SN:UU631793 (19-ATF-014321),
44. Smith & Wesson 686 revolver CAL:357 SN:DEE4798 (19-ATF-014322),
45. Colt government pistol CAL:38 SN:38SS10332 (19-ATF-014323),
46. Smith & Wesson 460 revolver CAL:460 SN:CYW1585 (19-ATF-014324),
47. Para USA, Inc. expert pistol CAL:9 SN:K062424 (19-ATF-014325),
48. CZ (Ceska Zbrojovka) CZ P-07 pistol Cal: 9 SN: C446887 (19-ATF-014326),
49. Smith & Wesson 986 revolver CAL:9 SN:CYD3893 (19-ATF-014329),
50. Rock Island Armory (Geneseo, IL) 1911A1 pistol CAL:45 SN:RIA (19-ATF-014330),
51. Smith & Wesson 27 revolver CAL:357 SN:N491490 (19-ATF-014331),
52. Smith & Wesson 57 revolver CAL:41 SN:AVF5977 (19-ATF-014334),
53. Ruger American rimfire rifle CAL:22 SN:832-26448 (19-ATF-014335),
54. Smith & Wesson 14 revolver CAL:38 SN:16K3540 (19-ATF-014336),
55. Smith & Wesson 12 revolver CAL:38 SN:16D9630 (19-ATF-014338),
56. Smith & Wesson 638 revolver CAL:38 SN:CEY6326 (19-ATF-014340),
57. Smith & Wesson 29 revolver CAL:44 SN:DAH6033 (19-ATF-014342),
58. Smith & Wesson 19 revolver CAL:357 SN:7K44913 (19-ATF-014343),
59. Smith & Wesson 642 revolver CAL:38 SN:CVM4265 (19-ATF-014345),
60. Ruger LCR revolver CAL:327 SN:545-43109 (19-ATF-014346),
61. Smith & Wesson 586 revolver CAL:357 SN:AAC5405 (19-ATF-014348),
62. Smith & Wesson 19 revolver CAL:357 SN:77025 (19-ATF-014350),
63. Ruger PC9 rifle CAL:9 SN:910-21769 (19-ATF-014351),
64. Marlin Firearms Co. 1895G rifle CAL:45-70 SN:99024360 (19-ATF-014352),
65. Springfield Armory, Geneseo IL M1A rifle CAL:308 SN:282309 (19-ATF-014355),
66. Ruger M77 Mark II rifle CAL:270 SN:791-33796 (19-ATF-014356),
67. Smith & Wesson 19 revolver CAL:357 SN:AUL9725 (19-ATF-014358),
68. Smith & Wesson 27 revolver CAL:357 SN:N117366 (19-ATF-014360),
69. Sig Sauer (sig-arms) 1911 pistol CAL:45 SN: 54B024045 (19-ATF-014362),
70. Smith & Wesson 29 revolver CAL:44 SN:N668362 (19-ATF-014363),
71. Smith & Wesson 17 revolver CAL:22 SN:AFZ5195 (19-ATF-014364),
72. Smith & Wesson 65 revolver CAL:357 SN:CFN5498 (19-ATF-014366),
73. Smith & Wesson 27 revolver CAL:357 SN:N460965 (19-ATF-014367),
74. Smith & Wesson 19 revolver CAL:357 SN:64K0041 (19-ATF-014369),
75. Springfield Armory, Geneseo, IL V-16 longslide pistol CAL:45 (19-ATF-014370),
76. Smith & Wesson 19 revolver CAL:357 SN:1K36792 (19-ATF-014371),
77. Smith & Wesson 36 revolver CAL:38 SN:469167 (19-ATF-014373),
78. Smith & Wesson 629 revolver CAL:44 SN:AVN4475 (19-ATF-014375),
79. Smith & Wesson 625 revolver CAL:45 SN:CVB8424 (19-ATF-014376),
80. Smith & Wesson 66 revolver CAL:357 SN:DBF6307 (19-ATF-014378),
81. Smith & Wesson 28 revolver CAL:357 SN:N213570 (19-ATF-014381),
82. Smith & Wesson 58 revolver CAL:41 SN:S312753 (19-ATF-014384),
83. Smith & Wesson 19 revolver CAL:357 SN:AUS8399 (19-ATF-014385),
84. Smith & Wesson 627 revolver CAL:357 SN:CTY2746 (19-ATF-014387),
85. Ruger 30 SPL revolver CAL:30 SN:543-61736 (19-ATF-014393),
86. Rock River Arms 1911 pistol CAL:38 SN:RIA1788286 (19-ATF-014396),
87. Springfield Armory Champion pistol CAL:45 SN:LW156924 (19-ATF-014403),
88. Glock 17 pistol CAL:9 SN:BFVE340 (19-ATF-014406),
89. Smith & Wesson 629 revolver CAL:44 SN:DCN3736 (19-ATF-014408),
90. Henry Repeating Rifle Company H002 US Survival rifle CAL:22 (19-ATF-014411),
91. Smith & Wesson 18 revolver CAL:.357 SN:K777204 (19-ATF-014421),
92. Smith & Wesson 42 revolver CAL:38 SN:19999 (19-ATF-014422),
93. Smith & Wesson 19 revolver CAL:357 SN:14K7191 (19-ATF-014424),
94. Smith & Wesson M&P 45 pistol CAL:45 SN:HWL4341 (19-ATF-014425),

95. Smith & Wesson M&P 9 pistol CAL:9 SN:HDH3898 (19-ATF-014432),
96. Smith & Wesson 57 revolver CAL:41 SN:N615479 (19-ATF-014435),
97. Heckler & Koch Inc. VP40 pistol CAL:40 SN:222-016018 (19-ATF-014436),
98. Ruger LC9 pistol CAL:9 SN:320-16095 (19-ATF-014444),
99. Heckler & Koch, Inc. VP9 pistol CAL:9 SN:224-200976 (19-ATF-014450),
100. Heckler & Koch Inc. VP9 pistol CAL:9 SN:232-001326 (19-ATF-014453),
101. CZ (Ceska Zbrojovka) CZ P-10 C pistol CAL:9 SN:C249973 (19-ATF-014457),
102. Heckler & Koch Inc. VP9 pistol CAL:9 SN:224-192080 (19-ATF-014458),
103. Walther CCP pistol CAL:9 SN:WK069560 (19-ATF-014459),
104. Walther PPS pistol CAL:9 SN:A09407 (19-ATF-014460),
105. Smith & Wesson M&P 40 pistol CAL:40 SN:HRU9822 (19-ATF-014463),
106. Smith & Wesson M&P 45 shield pistol CAL:45 SN:HDM3662 (19-ATF-014465),
107. Smith & Wesson M&P 9 pistol CAL:9 SN:HXS1222 (19-ATF-014467),
108. Smith & Wesson 13 revolver CAL:357 SN:D961599 (19-ATF-014469),
109. Sig Sauer (Sig-Arms) SP2022 pistol CAL:9 SN:24B230087 (19-ATF-014470),
110. Bersa Thunder 380 pistol CAL:380 SN:993944 (19-ATF-014474),
111. Ruger Security Six revolver CAL:357 SN:157-36061 (19-ATF-014475),
112. Ruger Security Six revolver CAL:357 SN:154-28683 (19-ATF-014477),
113. Ruger Security Six revolver CAL:357 SN:158-32834 (19-ATF-014478),
114. Springfield Armory, Geneseo IL champion pistol CAL:9mm SN:LW (19-ATF-014479),
115. Beretta USA Corp 855PS Cheetah pistol CAL:9 SN:F43953Y (19-ATF-014480),
116. Smith & Wesson 18 revolver CAL:357 SN:2K6764 (19-ATF-014481),
117. Smith & Wesson 66 revolver CAL:357 SN:83564 (19-ATF-014482),
118. Smith & Wesson 627 revolver CAL:357 SN:CZN4037 (19-ATF-014483),
119. Smith & Wesson 10 revolver CAL:38 SN:C539236 (19-ATF-014484),
120. Smith & Wesson 15 revolver CAL:38 SN:1K68000 (19-ATF-014486),
121. Smith & Wesson 686 revolver CAL:357 SN:DDA2025 (19-ATF-014489),
122. Smith & Wesson 625 revolver CAL:45 SN:BEP9539 (19-ATF-014491),
123. Smith & Wesson 21 revolver CAL:44 SN:TRS1911 (19-ATF-014492),
124. Ruger SR1911 pistol CAL:10 SN:672-90014 (19-ATF-014494),
125. Kimber stainless Target II pistol CAL:38 SN:KF07857 (19-ATF-014496),
126. Smith & Wesson M&P 380 shield pistol CAL:38 super SN:NCH7028 (19-ATF-014497),
127. Ruger Blackhawk revolver CAL:41 SN:41-29549 (19-ATF-014500),
128. Kimber custom TLE II pistol CAL:45 SN:K389733 (19-ATF-014501),
129. Smith & Wesson 16 revolver CAL:.38 SN:13K7220 (19-ATF-014503),
130. Smith & Wesson 15 revolver CAL:38 SN:ABA6798 (19-ATF-014504),
131. Smith & Wesson 686 revolver CAL:357 SN:AWL3318 (19-ATF-014505),
132. Ruger single six revolver CAL:17 SN:266-08971 (19-ATF-014507),
133. Kimber Ultra CDP II pistol CAL:45 SN:KU20120 (19-ATF-014510),
134. Ruger Blackhawk revolver CAL:41 SN:38-46888 (19-ATF-014511),
135. Kimber Onyx Ultra II pistol CAL:9 SN:KXU2588 (19-ATF-014513),
136. Ruger Blackhawk revolver CAL:45 SN:520-28135 (19-ATF-014514),
137. Kimber Custom Covert II pistol CAL:45 SN:K451153 (19-ATF-014516),
138. Sig Sauer (Sig-Arms) 1911 pistol CAL:.357 SN:54B105276 (19-ATF-014517),
139. Kimber ULT Crimson Carry II pistol CAL:45 SN:KU139780 (19-ATF-014518),
140. Ruger Blackhawk revolver CAL:44 SN:520-18497 (19-ATF-014519),
141. Ruger Blackhawk revolver CAL:357 SN:38-67311 (19-ATF-014523),
142. Kimber Raptor II pistol CAL:45 SN:K169886 (19-ATF-014524),
143. Kimber PRO CDP II pistol CAL:45 SN:KR57501 (19-ATF-014527),
144. Kimber Pro Carry HD II pistol CAL:38 SN:KRF5673 (19-ATF-014531),
145. Kimber Master Carry Custom pistol CAL:45 SN:K528584 (19-ATF-014534),
146. Chinese SKS rifle CAL:762 SN:1610192 (19-ATF-014536),
147. Palmetto State Armory PA-10 rifle CAL:multi SN:PF003585 (19-ATF-014537),
148. Springfield Armory, Geneseo IL M1 rifle CAL:30 SN:5382700 (19-ATF-014538),
149. Springfield Armory, Geneseo IL M1 rifle CAL:30 SN:1888095 (19-ATF-014539),

150. Smith & Wesson 629 revolver CAL:44 SN:N912787 (19-ATF-014540),
151. Smith & Wesson M&P 9 pistol CAL:9 SN:MRK9556 (19-ATF-014541),
152. Smith & Wesson 629 revolver CAL:44 SN:B0Z7384 (19-ATF-014542),
153. Sig Sauer (Sig-Arms) 1911 pistol CAL:40 SN:54B019468 (19-ATF-014543),
154. Smith & Wesson 67 revolver CAL:38 SN:258K842 (19-ATF-014544),
155. Smith & Wesson 63 revolver CAL:22 SN:M105184 (19-ATF-014545),
156. Smith & Wesson 58 revolver CAL:41 SN:N260666 (19-ATF-014546),
157. Smith & Wesson 586 revolver CAL:357 SN:ADN6731 (19-ATF-014547),
158. Smith & Wesson 28 revolver CAL:357 SN:N573121 (19-ATF-014548),
159. Smith & Wesson 60 revolver CAL:357 SN:CHE0107 (19-ATF-014549),
160. Kimber Desert Warrior pistol CAL:45 SN:K492154 (19-ATF-014550),
161. Kimber Stainless Ultra TLE II pistol CAL:45 SN:KU258311 (19-ATF-014641),
162. Kimber Stainless II pistol CAL:45 SN:K523020 (19-ATF-014642),
163. Kimber ULT Crimson Carry II pistol CAL:45 SN:KU128714 (19-ATF-014643),
164. Kimber Stainless Target II pistol CAL:10 SN:KF10002 (19-ATF-014644),
165. Sig Sauer (Sig-Arms) 1911 pistol CAL:45 SN:54A027509 (19-ATF-014645),
166. Kimber Ultra Carry II pistol CAL:45 SN:KU264313 (19-ATF-014646),
167. Sig Sauer P938 pistol CAL:9 SN:52B032715 (19-ATF-014647),
168. Kimber Custom II pistol CAL:45 SN:K507878 (19-ATF-014650),
169. Kimber Stainless Target II pistol CAL:9 SN:KF17643 (19-ATF-014652),
170. Sig Sauer 1911 pistol CAL:38 SN:54B122856 (19-ATF-014654),
171. Smith & Wesson M&P 9 pistol CAL:9 SN:HTB1807 (19-ATF-014655),
172. Sig Sauer 1911 pistol CAL:45 SN:54A066210 (19-ATF-014657),
173. Sig Sauer 1911 pistol CAL:45 SN:54B055680 (19-ATF-014658),
174. Kimber Super Carry Custom pistol CAL:45 SN:K304652 (19-ATF-014660),
175. Sig Sauer 1911 pistol CAL:45 SN:54B075563 (19-ATF-014662),
176. Sig Sauer P938 pistol CAL:9 SN:52B170761 (19-ATF-014664),
177. CZ USA 755P-01 pistol CAL:9 SN:B910254 (19-ATF-014671),
178. Kimber Stainless Pro Carry II pistol CAL:45 SN:KR58006 (19-ATF-014673),
179. Kimber Pro Carry II pistol CAL:45 SN:KR239704 (19-ATF-014675),
180. Sig Sauer 1911 pistol CAL:45 SN:54B112609 (19-ATF-014676),
181. Smith & Wesson 66 revolver CAL:357 SN:AET7299 (19-ATF-014677),
182. CZ USA SP-01 Phantom pistol CAL:9 SN:B911669 (19-ATF-014681),
183. Sig Sauer GSR 1911 pistol CAL:45 SN:GS08451 (19-ATF-014682),
184. Armscor of the Philippines (Squires Bingham) M1911-A1 FS pis (19-ATF-014683),
185. Armscor of the Philippines (Squires Bingham) A380 baby rock (19-ATF-014684),
186. Sig Sauer GSR 1911 pistol CAL:45 SN:GS15622 (19-ATF-014685),
187. Sig Sauer 1911 pistol CAL:45 SN:GS36113 (19-ATF-014687),
188. Sig Sauer 1911 pistol CAL:45 SN:GS60365 (19-ATF-014689),
189. Kimber Stainless II pistol CAL:45 SN:K482247 (19-ATF-014690),
190. Beretta USA Corp 950 BS pistol CAL:25 SN:BU24331V (19-ATF-014691),
191. Kimber Rimfire target pistol CAL:22 SN:K303183 (19-ATF-014692),
192. Beretta USA Corp 3032 Tomcat pistol CAL:32 SN:DAA337535 (19-ATF-014694),
193. Taurus International PT22 pistol CAL:22 SN:ASL96490 (19-ATF-014695),
194. Ruger SR1911 pistol CAL:45 SN:671-50388 (19-ATF-014696),
195. Ruger Mark II pistol CAL:22 SN:225-17578 (19-ATF-014698),
196. Keltec, CNC Industries Inc. PMR-30 pistol CAL:22 SN:WZM48 (19-ATF-014699),
197. Keltec, CNC Industries Inc. P32 pistol CAL:32 SN:113778 (19-ATF-014700),
198. Armscor of the Philippines 1911A1 pistol CAL:40 SN:RIA158957 (19-ATF-014704),
199. Armscor of the Philippines M1911-A1 CS pistol CAL:45 SN:RIA1 (19-ATF-014706),
200. Wesson Arms Eco pistol CAL:9 SN:1407659 (19-ATF-014707),
201. Heckler & Koch Inc. USP40 pistol CAL:40 SN:26-079659 (19-ATF-014718),
202. Armscor of the Philippines (Squires Bingham) M1911-A1 FS Tct (19-ATF-014721),
203. Kimber Pro Carry II pistol CAL:9 SN:KRF11273 (19-ATF-014724),
204. F.N. (FN Herstal) five-seven pistol CAL:57 SN:386264951 (19-ATF-014725),

205. Sig Sauer 1911 pistol CAL:45 SN:54A058359 (19-ATF-014726),
206. Springfield Firearms Corp V10 ultra compact pistol CAL:45 au (19-ATF-014728),
207. Springfield Armory, Geneseo IL. 1911A1 pistol CAL:45 SN:N406 (19-ATF-014729),
208. Smith & Wesson SW1911SC pistol CAL:45 SN:UCU5446 (19-ATF-014730),
209. CZ (Ceska Zbrojovka) CZ P-09 pistol CAL:9 SN:B632201 (19-ATF-014731),
210. Springfield Armory, Geneseo IL EMP4 pistol CAL:40 SN:EMP4662 (19-ATF-014733),
211. Kimber Stainless Ultra Carry II pistol CAL:45 SN:KU60695 (19-ATF-014734),
212. Springfield Armory, Geneseo IL EMP pistol CAL:9 SN:EMP970 (19-ATF-014735),
213. Sig Sauer 1911 pistol CAL:45 SN:54A007059 (19-ATF-014736),
214. Sig Sauer Mosquito pistol CAL:22 SN:F335719 (19-ATF-014740),
215. Kimber Custom II pistol CAL:9 SN:KF39722 (19-ATF-014742),
216. STI (Strayer Tripp Intl) Escort pistol CAL:45 SN:NE9317 (19-ATF-014747),
217. Smith & Wesson M&P 9 pistol CAL:9 SN:HDL3038 (19-ATF-014748),
218. Smith & Wesson 39 pistol CAL:9 SN:A204578 (19-ATF-014750),
219. Smith & Wesson 59 pistol CAL:9 SN:A334132 (19-ATF-014758),
220. Smith & Wesson 19 revolver CAL:357 SN:4K43183 (19-ATF-014760),
221. Smith & Wesson 13 revolver CAL:357 SN:BHV8425 (19-ATF-014761),
222. Smith & Wesson 620 revolver CAL:357 SN:CJU5733 (19-ATF-014762),
223. Smith & Wesson 66 revolver CAL:357 SN:7K54582 (19-ATF-014765),
224. Smith & Wesson 657 revolver CAL:41 SN:CDJ3914 (19-ATF-014766),
225. Smith & Wesson 57 revolver CAL:41 SN:N916933 (19-ATF-014767),
226. Uberti 1873 revolver CAL:45 SN:U78780 (19-ATF-014768),
227. Smith & Wesson 66 revolver CAL:357 SN:BBJ9059 (19-ATF-014769),
228. Smith & Wesson 36 revolver CAL:38 SN:J98584 (19-ATF-014770),
229. Smith & Wesson 28 revolver CAL:357 SN:S201880 (19-ATF-014771),
230. Kimber Stainless ULT Carry pistol CAL:40 SN:KUF1123 (19-ATF-014772),
231. Sig Sauer P226 Pistol CAL:9 SN:47A054345 (19-ATF-014773),
232. Kimber Stainless Pro Carry II pistol CAL:45 SN:KR111967 (19-ATF-014774),
233. Kimber Pro Carry II pistol CAL:45 SN:KR127224 (19-ATF-014775),
234. Sig Sauer 1911 pistol CAL:45 SN:54B120108 (19-ATF-014776),
235. CZ (Ceska Zbrojovka) CZ P-07 pistol CAL:9 SN:B921271 (19-ATF-014777),
236. Ruger Gunsite Scout rifle CAL:308 SN:680-54971 (19-ATF-014778),
237. Smith & Wesson 386 Night Guard revolver CAL:357   SN:CMX4721 (19-ATF-014779),
238. Smith & Wesson 58 revolver CAL:41 SN:73252 (19-ATF-014780),
239. Smith & Wesson 586 revolver CAL:357 SN:AUZ8289 (19-ATF-014781),
240. Smith & Wesson 27 revolver CAL:357 SN:N166595 (19-ATF-014782),
241. Ruger Mini 14 Ranch rifle CAL:223 SN:196-36322 (19-ATF-014783),
242. Smith & Wesson 18 revolver CAL:22 SN:2K49859 (19-ATF-014785),
243. Ruger Mini 30 rifle CAL:762 SN:189-55782 (19-ATF-014786),
244. Smith & Wesson 27 revolver CAL:357 SN:BDS1881 (19-ATF-014787),
245. Smith & Wesson 686 revolver CAL:357 SN:DCD2224 (19-ATF-014789),
246. Ruger American rifle CAL:300 SN:694-58863 (19-ATF-014790),
247. Ruger single seven revolver CAL:327 SN:816-05029 (19-ATF-014792),
248. Smith & Wesson 657 revolver CAL:41 SN:BJC8335 (19-ATF-014794),
249. Smith & Wesson M&P 45 pistol CAL:45 SN:MPR2465 (19-ATF-014795),
250. Smith & Wesson 1917 revolver CAL:45 SN:S8212 (19-ATF-014796),
251. Smith & Wesson 25 revolver CAL:45 SN:N614079 (19-ATF-014797),
252. Smith & Wesson 27 revolver CAL:357 SN:187711 (19-ATF-014801),
253. Smith & Wesson 25 revolver CAL:45 SN:N842991 (19-ATF-014803),
254. Ruger Redhawk revolver CAL:357 SN:501-24811 (19-ATF-014804),
255. Ruger single six revolver CAL:22 SN:188731 (19-ATF-014805),
256. Ruger Redhawk revolver CAL:44 SN:502-80132 (19-ATF-014806),
257. Smith & Wesson 25 revolver CAL:45 SN:N735678 (19-ATF-014807),
258. Springfield Armory, Geneseo IL 1911A1 pistol CAL:9 SN:NM4337 (19-ATF-014809),
259. Colt MKIV pistol CAL:45 SN:70B26310 (19-ATF-014812),

260. Smith & Wesson SW1911 pistol CAL:45 SN:UCZ7006 (19-ATF-014813),
261. Ruger Blackhawk revolver CAL:41 SN:48-28080 (19-ATF-014814),
262. Smith & Wesson 60 revolver CAL:357 SN:CHU2251 (19-ATF-014815),
263. Smith & Wesson 36 revolver CAL:38 SN:511173 (19-ATF-014816),
264. Wesson Arms Co Bobtail pistol CAL:45 SN:C0162CZ (19-ATF-014818),
265. Stag Arms Stag-15 rifle CAL:556 SN:84635 (19-ATF-014884),
266. Thompson 1927A rifle CAL:45 (19-ATF-014888),
267. Ruger 22/45 pistol CAL:22 SN:223-12315 (19-ATF-014889),
268. Ruger Redhawk revolver CAL:45 SN:502-48550 (19-ATF-014892),
269. Glock, Inc. 21 pistol CAL:45 SN:UTT843 (19-ATF-014893),
270. Ruger security six revolver CAL:357 SN:156-97172 (19-ATF-014897),
271. Glock, Inc. 19 pistol CAL:9 SN:EBM400US (19-ATF-014899),
272. Glock, Inc. 17Gen4 pistol CAL:9 SN:BAZW079 (19-ATF-014903),
273. U.S.A. Military Surplus M1 Carbine rifle CAL:30 SN:387571 (19-ATF-014905),
274. Ruger M77 rifle CAL:257 SN:77-57037 (19-ATF-014908),
275. Remington Arms Company, Inc. 870 express super mg shotgun CA (19-ATF-014911),
276. U.S.A. Military Surplus M1 Carbine rifle CAL:30 SN:4115538 (19-ATF-014912),
277. U.S.A. Military Surplus M1 carbine rifle CAL:30 SN:773805 (19-ATF-014913),
278. Russian Mosin Nagant rifle CAL:762 SN:82920 (19-ATF-014914),
279. Browning A-bolt rifle CAL:223 SN:07389MR351 (19-ATF-014915),
280. Smith & Wesson M&P 15 rifle CAL:556 SN:86254 (19-ATF-014918),
281. Browning A-Bolt rifle CAL:300 SN:34403NM717 (19-ATF-014919),
282. Ruger single six revolver CAL:32 SN:650-11130 (19-ATF-014920),
283. Ruger Security six revolver CAL:357 SN:155-23821 (19-ATF-014921),
284. Ruger security six revolver CAL:357 SN:150-45723 (19-ATF-014922),
285. Ruger Blackhawk revolver CAL:45 SN:48-23124 (19-ATF-014928),
286. Ruger single six revolver CAL:32 SN:650-39325 (19-ATF-014929),
287. STI (Strayer Tripp Intl) Lawman 5.0 pistol CAL:45 SN:NC3336 (19-ATF-014930),
288. Smith & Wesson 638 revolver CAL:38 SN:CLV2275 (19-ATF-014931),
289. Smith & Wesson 12 revolver CAL:38 SN:240776 (19-ATF-014932),
290. Smith & Wesson 36 revolver CAL:38 SN:45J468 (19-ATF-014934),
291. Smith & Wesson 17 revolver CAL:22 SN:3K26727 (19-ATF-014935),
292. Smith & Wesson 10 revolver CAL:38 SN:BKN4495 (19-ATF-014937),
293. Smith & Wesson 29 revolver CAL:44 SN:N817397 (19-ATF-014943),
294. Smith & Wesson 15 revolver CAL:38 SN:K769474 (19-ATF-014945),
295. Ruger Blackhawk revolver CAL:45 SN:38-79704 (19-ATF-014955),
296. Rock island Armory Inc. unknown pistol CAL:10 SN:RIA1543091 (19-ATF-014958),
297. Kimber Custom II pistol CAL:10 SN:KF63420 (19-ATF-014961),
298. Walther PPK/S pistol CAL:9 SN:S056687 (19-ATF-014963),
299. Smith & Wesson Governor revolver CAL:45/410 SN:DKX8505 (19-ATF-014964),
300. Smith & Wesson 329PD revolver CAL:44 SN:DCE9759 (19-ATF-014965),
301. Smith & Wesson 16 revolver CAL:32 SN:BE0808 (19-ATF-014966),
302. Smith & Wesson 57 revolver CAL:41 SN:N943094 (19-ATF-014967),
303. Smith & Wesson 17 revolver CAL:22 SN:BEB5510 (19-ATF-014968),
304. Smith & Wesson 657 revolver CAL:41 SN:AUW3413 (19-ATF-014969),
305. Smith & Wesson 19 revolver CAL:357 SN:DKW3322 (19-ATF-014970),
306. Smith & Wesson 24 revolver CAL:44 SN:CTH4189 (19-ATF-014971),
307. Smith & Wesson 29 revolver CAL:44 SN:N480987 (19-ATF-014973),
308. Smith & Wesson 29 revolver CAL:44 SN:AEE4912 (19-ATF-014975),
309. Glock GMBH 26 pistol CAL:9 SN:BFTG023 (19-ATF-014976),
310. Glock GMBH 19 pistol CAL:9 SN:BGNL863 (19-ATF-014977),
311. Kimber Ultra CDP pistol CAL:45 SN:KU318728 (19-ATF-014978),
312. Sig Sauer P365 pistol CAL:9 SN:66A317729 (19-ATF-014979),
313. Armscor of the Philippines (Squires Bingham) M1911-A1 FS Tct (19-ATF-014980),
314. Ruger Vaquero revolver CAL:45 SN:58-31224 (19-ATF-014981),

315. Colt Government pistol CAL:45 SN:CV41036 (19-ATF-014982),
316. Smith & Wesson 610 revolver CAL:10 SN:CCM2314 (19-ATF-014983),
317. Smith & Wesson 442 revolver CAL:38 SN:CMJ1421 (19-ATF-014984),
318. Remington Arms 1911R1 pistol CAL:45 SN:RHN78910 (19-ATF-014986),
319. Ruger Blackhawk revolver CAL:357 SN:36-53700 (19-ATF-014987),
320. Smith & Wesson 4013 pistol CAL:40 SN:TYS9702 (19-ATF-014988),
321. Sig Sauer 1911 pistol CAL:10 SN:54E002088 (19-ATF-014989),
322. Henry Repeating Rifle Company H006 big boy rifle CAL:44 SN:B (19-ATF-014990),
323. Kimber Micro Carry STS pistol CAL:380 SN:T0022590 (19-ATF-014991),
324. Marlin Firearms Co 1894 rifle CAL:44 SN:98010052 (19-ATF-014992),
325. Smith & Wesson 57 revolver CAL:41 SN:N942810 (19-ATF-014993),
326. Henry Repeating Rifle Company unknown rifle CAL:17 SN:4BESTD (19-ATF-014995),
327. Marlin Firearms Co 1894 CB rifle CAL:45 SN:03024206 (19-ATF-014996),
328. Ruger American rimfire rifle CAL:22 SN:830-42614 (19-ATF-014997),
329. Ithaca Gun Co 37 featherlight shotgun CAL:12 SN:1042488 (19-ATF-014998),
330. Marlin Firearms Co 1895 rifle CAL:45-70 SN:99057281 (19-ATF-014999),
331. Remington Arms Company, Inc. 870 shotgun CAL:12 SN:B510712M (19-ATF-015001),
332. Savage A17 rifle CAL:17 SN:K281168 (19-ATF-015004),
333. Winchester 1894 rifle CAL:30-30 SN:LF06234 (19-ATF-015005),
334. Palmetto State Armory PSAK47 rifle CAL:762 SN:AKB011791 (19-ATF-015006),
335. Winchester 94 rifle CAL:38-55 SN:CCH17334 (19-ATF-015007),
336. Marlin Firearms Co. 336 rifle CAL:30-30 SN:19015742 (19-ATF-015008),
337. Remington Arms Company 870 shotgun CAL:410 SN:RS39302F (19-ATF-015009),
338. Savage 311 shotgun CAL:12 SN:D794447 (19-ATF-015010),
339. Sig Sauer P220 pistol CAL:45 SN:G250572 (19-ATF-015011),
340. Henry Repeating Rifle Company unknown rifle CAL:30-30 SN:TT0 (19-ATF-015012),
341. Kimber Ultra Carry II pistol CAL:45 SN:KU29237 (19-ATF-015013),
342. Sig Sauer P220 pistol CAL:45 SN:37B060844 (19-ATF-015014),
343. Smith & Wesson 625 revolver CAL:45 SN:CFE0020 (19-ATF-015015),
344. Smith & Wesson M&P40 pistol CAL:40 SN:HRV5637 (19-ATF-015016),
345. Henry Repeating Rifle Company unknown rifle CAL:22 SN:4DADC (19-ATF-015017),
346. Beretta USA Corp M9 pistol CAL:9 SN:M9-206760 (19-ATF-015018),
347. Henry Repeating Rifle Company unknown rifle CAL:22 SN:2BESTD (19-ATF-015019),
348. Kimber Custom pistol CAL:45 SN:K606728 (19-ATF-015020),
349. Henry Repeating Rifle Company H006 Big Boy rifle CAL:45 SN:B (19-ATF-015021),
350. Sig Sauer P229 Elite pistol CAL:9 SN:55E007205 (19-ATF-015022),
351. Sig Sauer SP2022 pistol CAL:9 SN:24B367051 (19-ATF-015023),
352. Sig Sauer P365 pistol CAL:9 SN:66A289572 (19-ATF-015024),
353. Kimber Micro 9 pistol CAL:9 SN:PB0168409 (19-ATF-015025),
354. Beretta USA Corp 92FS pistol CAL:9 SN:H45970Z (19-ATF-015026),
355. Smith & Wesson Highway Patrolman revolver CAL:357 SN:N201747 (19-ATF-015027),
356. Marlin Firearms Co 1894CB rifle CAL:357 SN:01002082 (19-ATF-015028),
357. Henry Repeating Rifle Company H006 big boy rifle CAL:357 SN: (19-ATF-015029),
358. Heckler & Koch Inc. VP9 pistol CAL:9 SN:224-176443 (19-ATF-015142),
359. Heckler & Koch Inc. HK45 pistol CAL:45 SN:126-069121 (19-ATF-015144),
360. CZ (Ceska Zbrojovka) CZ97 pistol CAL:45 SN:C585040 (19-ATF-015145),
361. CZ (Ceska Zbrojovka) CZ75 pistol CAL:9 SN:B977220 (19-ATF-015147),
362. Walther P99 pistol CAL:9 SN:FBA4198 (19-ATF-015149),
363. Kimber Eclipse Target II pistol CAL:38 SN:KF49117 (19-ATF-015150),
364. Smith & Wesson 686 revolver CAL:357 SN:DKJ8124 (19-ATF-015152),
365. Smith & Wesson 29 revolver CAL:44 SN:ADY8592 (19-ATF-015154),
366. Remington Arms Company, Inc. 770 rifle CAL:30-06 SN:71390307 (19-ATF-015156),
367. Palmetto State Armory PA-10 rifle CAL:multi SN:PF046086 (19-ATF-015157),
368. Henry Repeating Rifle Company H006MS Big Boy rifle CAL:357 S (19-ATF-015159),
369. Ruger 10/22 rifle CAL:22 SN:352-28093 (19-ATF-015162),

370. Beretta USA Corp 92FS pistol CAL:9 SN:E24931Z (19-ATF-015165),
371. Savage B Mag rifle CAL:17 SN:J577441 (19-ATF-015166),
372. Kimber Aegis Elite Ultra pistol CAL:45 SN:KU339241 (19-ATF-015168),
373. Kimber Stainless Pro Carry II pistol CAL:45 SN:KR121149 (19-ATF-015172),
374. Kimber KHX Custom pistol CAL:45 SN:K610252 (19-ATF-015174),
375. Sig Sauer P6 pistol CAL:9 SN:M501034 (19-ATF-015176),
376. Walther PK380 pistol CAL:380 SN:WB050442 (19-ATF-015177),
377. Ruger American 17HMR rifle CAL:17 SN:832-52168 (19-ATF-015178),
378. Ruger Single Seven revolver CAL:327 SN:816-09023 (19-ATF-015183),
379. Ruger SP101 revolver CAL:327 SN:576-80462 (19-ATF-015185),
380. Ruger American rifle CAL:6.5mm SN:695-65947 (19-ATF-015186),
381. Ruger Single Six revolver CAL:32 SN:650-40687 (19-ATF-015189),
382. Sig Sauer (Sig-Arms) Sig M400 rifle CAL:556 SN:20C060767 (19-ATF-015193),
383. Ruger M77 rifle CAL:270 SN:74-12152 (19-ATF-015194),
384. Remington Arms Company 870 shotgun CAL:12 SN:AB868593M (19-ATF-015195),
385. Henry Repeating Rifle Company H012M big boy steel rifle CAL: (19-ATF-015197),
386. Sig Sauer P365 pistol CAL:9 SN:66A214678 (19-ATF-015198),
387. Ruger Blackhawk revolver CAL:44 SN:521-41222 (19-ATF-015201),
388. Remington Arms Company 870 shotgun CAL:20 SN:W520656U (19-ATF-015202),
389. Browning unknown shotgun CAL:12 gauge SN:46530NM152 (19-ATF-015207),
390. Kimber Aegis Elite Custom pistol CAL:45 SN:K599747 (19-ATF-015208),
391. Kimber Ultra Carry II pistol CAL:45 SN:KU330311 (19-ATF-015210),
392. Kimber Stainless target pistol CAL:10mm SN:KF53975 (19-ATF-015211),
393. Smith & Wesson 14 revolver CAL:38 SN:K644196 (19-ATF-015212),
394. Smith & Wesson 60 revolver CAL:38 SN:65299 (19-ATF-015213),
395. Smith & Wesson 15 revolver CAL:38 SN:3K15638 (19-ATF-015214),
396. Colt Government pistol CAL:38 SN:FR25204E (19-ATF-015215),
397. Sig-Sauer 1911 pistol CAL:45 SN:54A014277 (19-ATF-015246),
398. Smith & Wesson 329PD revolver CAL:44 SN:CHV7633 (19-ATF-015247),
399. Smith & Wesson 69 revolver CAL:44 SN:CWW4827 (19-ATF-015248),
400. Smith & Wesson 57 revolver CAL:41 SN:N324886 (19-ATF-015249),
401. Smith & Wesson 27 revolver CAL:357 SN:N155239 (19-ATF-015250),
402. Smith & Wesson 10 revolver CAL:38 SN:25193 (19-ATF-015251),
403. Ruger Redhawk revolver CAL:45 SN:503-44777 (19-ATF-015252),
404. Smith & Wesson 432PD Airweight revolver CAL:32 SN:DAS1877 (19-ATF-015253),
405. Ruger Super Redhawk revolver CAL:10mm SN:552-97629 (19-ATF-015254),
406. Smith & Wesson 57 revolver CAL:41 SN:AJW1258 (19-ATF-015255),
407. Ruger police service six revolver CAL:38 SN:162-53966 (19-ATF-015256),
408. Heckler and Koch USP9 pistol CAL:9 SN:24-119654 (19-ATF-015257),
409. Smith & Wesson M&P 9 pistol CAL:9 SN:HML5159 (19-ATF-015258),
410. Smith & Wesson unknown revolver CAL:38 SN:244152 (19-ATF-015259),
411. Smith & Wesson 64 revolver CAL:38 SN:42472 (19-ATF-015260),
412. Smith & Wesson 586 revolver CAL:357 SN:ACT5459 (19-ATF-015261),
413. Sig Sauer P365 pistol CAL:9 SN:66A049942 (19-ATF-015262),
414. Ruger Police Service Six revolver CAL:357 SN:157-72685 (19-ATF-015263),
415. Smith & Wesson 14 revolver CAL:38 SN:94K1838 (19-ATF-015264),
416. Smith & Wesson 27 revolver CAL:357 SN:N830818 (19-ATF-015265),
417. Ruger single six revolver CAL:32 SN:650-58170 (19-ATF-015266),
418. Smith & Wesson 27 revolver CAL:357 SN:N676305 (19-ATF-015267),
419. Smith & Wesson Governor revolver CAL:45/410 SN:CRM7442 (19-ATF-015268),
420. Kimber ultra raptor II pistol CAL:45 SN:KU118675 (19-ATF-015270),
421. Ruger single seven revolver CAL:327 SN:816-08075 (19-ATF-015271),
422. Smith & Wesson K-38 revolver CAL:38 SN:95128 (19-ATF-015272),
423. Sig-Sauer P228 pistol CAL:9 SN:B138344 (19-ATF-015273),
424. Smith & Wesson 57 revolver CAL:41 SN:N808027 (19-ATF-015274),

425. Smith & Wesson 686 revolver CAL:357 SN:CEB4532 (19-ATF-015275),
426. Smith & Wesson 645 pistol CAL:45 SN:TAT8481 (19-ATF-015276),
427. Smith & Wesson 686 revolver CAL:357 SN:DDF8574 (19-ATF-015277),
428. Beretta USA Corp 92FS pistol CAL:9 SN:BER482552 (19-ATF-015278),
429. Glock Inc. 22 pistol CAL:40 SN:TEY785 (19-ATF-015279),
430. Ruger 10/22 rifle CAL:22 SN:256-66144 (19-ATF-015280),
431. Smith & Wesson M&P 40 pistol CAL:40 SN:MPH1594 (19-ATF-015281),
432. Ruger Blackhawk revolver CAL:357 SN:521-36064 (19-ATF-015282),
433. Remington Arms Company 700 rifle CAL:308 SN:G6805875 (19-ATF-015283),
434. Kimber Micro 9 pistol CAL:9 SN:TB0011320 (19-ATF-015286),
435. Sig Sauer (Sig-Arms) P320 pistol CAL:9 SN:58B112637 (19-ATF-015299), and
436. Smith & Wesson 21 revolver CAL:44 SN:DAU3986 (19-ATF-017127).

If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Six of this Indictment, for which defendant is convicted:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporated by Title 21, United States Code, Section 853(p), as to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA
FOREPERSON

McGREGOR W. SCOTT
United States Attorney

INDICTMENT 13

No. __2:19-CR-0180 GEB__

---

## UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

---

### THE UNITED STATES OF AMERICA
*vs.*

### GARY KEITH OSTERHOUT

---

### I N D I C T M E N T

**VIOLATION(S):**   18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms; 18 U.S.C. § 922(a)(5) – Unlawful Sale of Firearm to an Out-of-State Resident- (5 Counts); 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

---

*A true bill,*

**/s/ Signature on file w/AUSA**

------------------------------------------------
*Foreman.*

*Filed in open court this* __17th__ *day*

*of* __October__, A.D. 20 __19__

------------------------------------------------
*Clerk.*

---

*Bail, $* _____          NO BAIL WARRANT PENDING HEARING

10-17-19

GPO 863 525

# United States v. Gary Osterhout
## Penalties for Indictment

### COUNT 1:

VIOLATION: 18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms

PENALTIES: Imprisonment of up to 5 years; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory)

### COUNTS 2 through 6:

VIOLATION: 18 U.S.C. § 922(a)(5) – Unlawful Sale to an Out-of-State Resident

PENALTIES: Imprisonment of up to 5 years; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory)

### FORFEITURE ALLEGATION:

VIOLATION: 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) - Criminal Forfeiture

PENALTIES: As stated in the charging document