**FILED**
October 24, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
*AMC*
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:19-CR-00180-GEB |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| GARY KEITH OSTERHOUT, ) | |
| ) | |
| Defendant. ) | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>GARY KEITH OSTERHOUT</u>, Case No. <u>2:19-CR-00180-GEB</u>, Charge <u>18 USC §§ 922(a)(1)(A); (a)(5)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  ___     Release on Personal Recognizance

  ✔     Bail Posted in the Sum of $ <u>50,000 (co-signed)</u>

    ✔     Unsecured Appearance Bond

    ___     Appearance Bond with 10% Deposit

    ___     Appearance Bond with Surety

    ___     Corporate Surety Bail Bond

    ✔     (Other)     <u>With Pretrial Release Supervision and Conditions of</u>

      <u>Release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>October 24, 2019</u> at <u>2:35</u> <u>pm</u>..

        By   /s/ Deborah Barnes
        Deborah Barnes
        United States Magistrate Judge