MCGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:19-CR-00180-MCE |
| Plaintiff, | PLEA AGREEMENT |
| v. | DATE: January 14, 2021 |
| GARY KEITH OSTERHOUT, | TIME:  10:00 a.m. |
| Defendant. | COURT: Hon. Morrison C. England, Jr. |

## I.   **INTRODUCTION**

### A.   **Scope of Agreement**

The Indictment in this case charges the defendant with unlawful dealing in firearms, in violation of 18 U.S.C. § 922(a)(1)(A), and five counts of unlawful sale of firearm to an out-of-state resident, in violation of 18 U.S.C. § 922(a)(5).  This document contains the complete plea agreement between the United States Attorney's Office for the Eastern District of California (the "government") and the defendant regarding this case. This plea agreement is limited to the United States Attorney's Office for the Eastern District of California and cannot bind any other federal, state, or local prosecuting, administrative, or regulatory authorities.

### B.   **Court Not a Party**

The Court is not a party to this plea agreement.  Sentencing is a matter solely

within the discretion of the Court, and the Court may take into consideration any and all facts and circumstances concerning the criminal activities of defendant, including activities that may not have been charged in the Indictment.  The Court is under no obligation to accept any recommendations made by the government, and the Court may in its discretion impose any sentence it deems appropriate up to and including the statutory maximum stated in this plea agreement.

If the Court should impose any sentence up to the maximum established by the statute, the defendant cannot, for that reason alone, withdraw his guilty plea, and he will remain bound to fulfill all of the obligations under this plea agreement.  The defendant understands that neither the prosecutor, defense counsel, nor the Court can make a binding prediction or promise regarding the sentence he will receive.

## II.   DEFENDANT'S OBLIGATIONS

### A.   Guilty Plea

The defendant will plead guilty to Count One of the Indictment charging unlawful dealing in firearms, in violation of 18 U.S.C. § 922(a)(1)(A).  The defendant agrees that he is in fact guilty of this charge and that the facts set forth in the Factual Basis for Plea attached hereto as Exhibit A are accurate.  The defendant agrees that this plea agreement will be filed with the Court and become a part of the record of the case.

The defendant agrees that the statements made by him in signing this Agreement, including the factual admissions set forth in the factual basis, shall be admissible and useable against the defendant by the United States in any subsequent criminal or civil proceedings.  The defendant waives any rights under Rule 11(f) of the Federal Rules of Criminal Procedure and Rule 410 of the Federal Rules of Evidence, to the extent that these rules are inconsistent with this paragraph or with this Agreement generally.

### B.   Sentencing Recommendation

The defendant and his counsel may recommend whatever sentence they deem appropriate under 18 U.S.C. § 3553(a).

///

### C.   Fine

The defendant agrees to pay $10,000 as a criminal fine.  The defendant say pay the fine in full to the United States District Court by January 1, 2022.  The defendant understands that this plea agreement is voidable at the option of the government if he fails to pay the stipulated fine as required by this plea agreement.

### D.   Special Assessment

The defendant agrees to pay a special assessment of $100 at the time of sentencing by delivering a check or money order payable to the United States District Court to the United States Probation Office immediately before the sentencing hearing.  If the defendant is unable to pay the special assessment at the time of sentencing, he agrees to earn the money to pay the assessment, if necessary by participating in the Inmate Financial Responsibility Program.

### E.   Defendant's Violation of Plea Agreement or Withdrawal of Plea

If the defendant, violates this plea agreement in any way, withdraws his plea, or tries to withdraw his plea, this plea agreement is voidable at the option of the government. The government will no longer be bound by its representations to the defendant concerning the limits on criminal prosecution and sentencing as set forth herein.  One way a defendant violates the plea agreement is to commit any crime or provide any statement or testimony which proves to be knowingly false, misleading, or materially incomplete. Any post-plea conduct by a defendant constituting obstruction of justice will also be a violation of the agreement.  The determination whether the defendant has violated the plea agreement shall be decided under a probable cause standard.

If the defendant violates the plea agreement, withdraws his plea, or tries to withdraw his plea, the government shall have the right: (1) to prosecute the defendant on any of the counts to which he pleaded guilty; (2) to reinstate any counts that may be dismissed pursuant to this plea agreement; and (3) to file any new charges that would otherwise be barred by this plea agreement.  The defendant shall thereafter be subject to prosecution for any federal criminal violation of which the government has knowledge,

including perjury, false statements, and obstruction of justice.  The decision to pursue any or all of these options is solely in the discretion of the United States Attorney's Office.

By signing this plea agreement, the defendant agrees to waive any objections, motions, and defenses that the defendant might have to the government's decision to exercise the options stated in the previous paragraph.  Any prosecutions that are not time-barred by the applicable statute of limitations as of the date of this plea agreement may be commenced in accordance with this paragraph, notwithstanding the expiration of the statute of limitations between the signing of this plea agreement and the commencement of any such prosecutions.  The defendant agrees not to raise any objections based on the passage of time with respect to such counts including, but not limited to, any statutes of limitation or any objections based on the Speedy Trial Act or the Speedy Trial Clause of the Sixth Amendment to any counts that were not time-barred as of the date of this plea agreement.

In addition: (1) all statements made by the defendant to the government or other designated law enforcement agents, or any testimony given by the defendant before a grand jury or other tribunal, whether before or after this plea agreement, shall be admissible in evidence in any criminal, civil, or administrative proceedings hereafter brought against the defendant; and (2) the defendant shall assert no claim under the United States Constitution, any statute, Rule 11(f) of the Federal Rules of Criminal Procedure, Rule 410 of the Federal Rules of Evidence, or any other federal rule, that statements made by the defendant before or after this plea agreement, or any leads derived therefrom, should be suppressed.  By signing this plea agreement, the defendant waives any and all rights in the foregoing respects.

### F.   Forfeiture

The defendant agrees to forfeit to the United States voluntarily and immediately all of his right, title, and interest to any and all assets subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).  Those assets include, but are not limited to, the following:

1. Ruger single six revolver CAL:22 SN:21-00958 (19-ATF-014261),
2. Smith & Wesson 686 revolver CAL:357 SN:CTY7214 (19-ATF-014268),
3. Smith & Wesson 19 revolver CAL:357 SN:AUZ7305 (19-ATF-014269),
4. Smith & Wesson 586 revolver CAL:357 SN:BEZ6069 (19-ATF-014272),
5. Ruger single six revolver CAL:22 SN:37754 (19-ATF-014273),
6. Smith & Wesson 27 revolver CAL:357 SN:DCF1049 (19-ATF-014275),
7. Kimber Ultra Carry II pistol CAL:45 SN:KU61751 (19-ATF-014277),
8. Ruger Blackhawk revolver CAL:357 SN:34-48166 (19-ATF-014278),
9. Smith & Wesson 28 revolver CAL:357 SN:N174022 (19-ATF-014281),
10. Smith & Wesson 29 revolver CAL:44 SN:ACS3381 (19-ATF-014283),
11. Colt Government pistol CAL:40 SN:DS34607 (19-ATF-014284),
12. Smith & Wesson 642 revolver CAL:38 SN:DDZ2419 (19-ATF-014286),
13. Beretta USA Corp APX Pistol CAL:9 SN:AX006006 (19-ATF-014290),
14. Kimber Aegis II pistol CAL:9 SN:KF51563 (19-ATF-014291),
15. Colt Officers ACP pistol CAL:45 SN:SF15781 (19-ATF-014292),
16. Smith & Wesson 66 revolver CAL:357 SN:CCY2310 (19-ATF-014293),
17. Smith & Wesson 29 revolver CAL:44 SN:N132074 (19-ATF-014294),
18. Smith & Wesson 351C Airlite revolver CAL:22 SN:CPL0277 (19-ATF-014295),
19. Smith & Wesson 27 revolver CAL:357 SN:N1955452 (19-ATF-014296),
20. Beretta USA Corp 943 pistol CAL:9 SN:BER731818 (19-ATF-014297),
21. Smith & Wesson 686 revolver CAL:357 SN:CXP1127 (19-ATF-014298),
22. Smith & Wesson 686 revolver CAL:357 SN:CBK2828 (19-ATF-014299),
23. Smith & Wesson 329PD revolver CAL:44 SN:CYF2769 (19-ATF-014300),
24. Ruger SR1911 pistol CAL:9 SN:672-64580 (19-ATF-014301),
25. Smith & Wesson 340 revolver CAL:357 SN:DBR0058 (19-ATF-014302),
26. Kimber Super Carry Pro pistol CAL:45 SN:KR192166 (19-ATF-014303),
27. Smith & Wesson 686 revolver CAL:357 SN:CYS7281 (19-ATF-014304),
28. Colt Lawman MKIII revolver CAL:357 SN:L33291 (19-ATF-014305),
29. Springfield Armory compact pistol CAL:9 SN:137307 (19-ATF-014306),
30. Smith & Wesson 60 revolver CAL:357 SN:CPT5116 (19-ATF-014307),
31. Smith & Wesson 57 revolver CAL:41 SN:CJF1748 (19-ATF-014308),
32. Smith & Wesson 629 revolver CAL:44 SN:AEA2777 (19-ATF-014309),
33. Browning Black Label 1911-380 Pistol CAL:380 SN:51HZW01592 (19-ATF-014310),
34. Smith & Wesson 686 revolver CAL:357 SN:CZP5274 (19-ATF-014311),
35. Springfield Armory, Geneseo IL micro compact pistol CAL:45 S (19-ATF-014312),
36. Browning unknown pistol CAL:unknown SN:16082P2 (19-ATF-014313),
37. Kimber Stainless Target pistol CAL:45 SN:K600386 (19-ATF-014314),
38. Remington Arms 1911R1 pistol CAL:45 SN:RHN49820 (19-ATF-014315),
39. Smith & Wesson 586 revolver CAL:357 SN:DDJ6539 (19-ATF-014317),
40. Smith & Wesson 586 revolver CAL:357 SN:BHV4325 (19-ATF-014318),
41. Smith & Wesson 1911 pistol CAL:.45 auto SN:UCF3434 (19-ATF-014319),
42. Ruger SP101 revolver CAL:327 SN:576-45476 (19-ATF-014320),
43. Sig Sauer (Sig-Arms) P226 pistol CAL:40 SN:UU631793 (19-ATF-014321),

44. Smith & Wesson 686 revolver CAL:357 SN:DEE4798 (19-ATF-014322),
45. Colt government pistol CAL:38 SN:38SS10332 (19-ATF-014323),
46. Smith & Wesson 460 revolver CAL:460 SN:CYW1585 (19-ATF-014324),
47. Para USA, Inc. expert pistol CAL:9 SN:K062424 (19-ATF-014325),
48. CZ (Ceska Zbrojovka) CZ P-07 pistol Cal: 9 SN: C446887 (19-ATF-014326),
49. Smith & Wesson 986 revolver CAL:9 SN:CYD3893 (19-ATF-014329),
50. Rock Island Armory (Geneseo, IL) 1911A1 pistol CAL:45 SN:RIA (19-ATF-014330),
51. Smith & Wesson 27 revolver CAL:357 SN:N491490 (19-ATF-014331),
52. Smith & Wesson 57 revolver CAL:41 SN:AVF5977 (19-ATF-014334),
53. Ruger American rimfire rifle CAL:22 SN:832-26448 (19-ATF-014335),
54. Smith & Wesson 14 revolver CAL:38 SN:16K3540 (19-ATF-014336),
55. Smith & Wesson 12 revolver CAL:38 SN:16D9630 (19-ATF-014338),
56. Smith & Wesson 638 revolver CAL:38 SN:CEY6326 (19-ATF-014340),
57. Smith & Wesson 29 revolver CAL:44 SN:DAH6033 (19-ATF-014342),
58. Smith & Wesson 19 revolver CAL:357 SN:7K44913 (19-ATF-014343),
59. Smith & Wesson 642 revolver CAL:38 SN:CVM4265 (19-ATF-014345),
60. Ruger LCR revolver CAL:327 SN:545-43109 (19-ATF-014346),
61. Smith & Wesson 586 revolver CAL:357 SN:AAC5405 (19-ATF-014348),
62. Smith & Wesson 19 revolver CAL:357 SN:77025 (19-ATF-014350),
63. Ruger PC9 rifle CAL:9 SN:910-21769 (19-ATF-014351),
64. Marlin Firearms Co. 1895G rifle CAL:45-70 SN:99024360 (19-ATF-014352),
65. Springfield Armory, Geneseo IL M1A rifle CAL:308 SN:282309 (19-ATF-014355),
66. Ruger M77 Mark II rifle CAL:270 SN:791-33796 (19-ATF-014356),
67. Smith & Wesson 19 revolver CAL:357 SN:AUL9725 (19-ATF-014358),
68. Smith & Wesson 27 revolver CAL:357 SN:N117366 (19-ATF-014360),
69. Sig Sauer (sig-arms) 1911 pistol CAL:45 SN: 54B024045 (19-ATF-014362),
70. Smith & Wesson 29 revolver CAL:44 SN:N668362 (19-ATF-014363),
71. Smith & Wesson 17 revolver CAL:22 SN:AFZ5195 (19-ATF-014364),
72. Smith & Wesson 65 revolver CAL:357 SN:CFN5498 (19-ATF-014366),
73. Smith & Wesson 27 revolver CAL:357 SN:N460965 (19-ATF-014367),
74. Smith & Wesson 19 revolver CAL:357 SN:64K0041 (19-ATF-014369),
75. Springfield Armory, Geneseo, IL V-16 longslide pistol CAL:45 (19-ATF-014370),
76. Smith & Wesson 19 revolver CAL:357 SN:1K36792 (19-ATF-014371),
77. Smith & Wesson 36 revolver CAL:38 SN:469167 (19-ATF-014373),
78. Smith & Wesson 629 revolver CAL:44 SN:AVN4475 (19-ATF-014375),
79. Smith & Wesson 625 revolver CAL:45 SN:CVB8424 (19-ATF-014376),
80. Smith & Wesson 66 revolver CAL:357 SN:DBF6307 (19-ATF-014378),
81. Smith & Wesson 28 revolver CAL:357 SN:N213570 (19-ATF-014381),
82. Smith & Wesson 58 revolver CAL:41 SN:S312753 (19-ATF-014384),
83. Smith & Wesson 19 revolver CAL:357 SN:AUS8399 (19-ATF-014385),
84. Smith & Wesson 627 revolver CAL:357 SN:CTY2746 (19-ATF-014387),
85. Ruger 30 SPL revolver CAL:30 SN:543-61736 (19-ATF-014393),
86. Rock River Arms 1911 pistol CAL:38 SN:RIA1788286 (19-ATF-014396),

87. Springfield Armory Champion pistol CAL:45 SN:LW156924 (19-ATF-014403),
88. Glock 17 pistol CAL:9 SN:BFVE340 (19-ATF-014406),
89. Smith & Wesson 629 revolver CAL:44 SN:DCN3736 (19-ATF-014408),
90. Henry Repeating Rifle Company H002 US Survival rifle CAL:22 (19-ATF-014411),
91. Smith & Wesson 18 revolver CAL:.357 SN:K777204 (19-ATF-014421),
92. Smith & Wesson 42 revolver CAL:38 SN:19999 (19-ATF-014422),
93. Smith & Wesson 19 revolver CAL:357 SN:14K7191 (19-ATF-014424),
94. Smith & Wesson M&P 45 pistol CAL:45 SN:HWL4341 (19-ATF-014425),
95. Smith & Wesson M&P 9 pistol CAL:9 SN:HDH3898 (19-ATF-014432),
96. Smith & Wesson 57 revolver CAL:41 SN:N615479 (19-ATF-014435),
97. Heckler & Koch Inc. VP40 pistol CAL:40 SN:222-016018 (19-ATF-014436),
98. Ruger LC9 pistol CAL:9 SN:320-16095 (19-ATF-014444),
99. Heckler & Koch, Inc. VP9   pistol  CAL:9 SN:224-200976 (19-ATF-014450),
100. Heckler & Koch Inc. VP9   pistol  CAL:9 SN:232-001326 (19-ATF-014453),
101. CZ (Ceska Zbrojovka) CZ P-10 C pistol CAL:9 SN:C249973 (19-ATF-014457),
102. Heckler & Koch Inc. VP9 pistol CAL:9 SN:224-192080 (19-ATF-014458),
103. Walther CCP pistol CAL:9 SN:WK069560 (19-ATF-014459),
104. Walther PPS pistol CAL:9 SN:A09407 (19-ATF-014460),
105. Smith & Wesson M&P 40 pistol CAL:40 SN:HRU9822 (19-ATF-014463),
106. Smith & Wesson M&P 45 shield pistol CAL:45 SN:HDM3662 (19-ATF-014465),
107. Smith & Wesson M&P 9 pistol CAL:9 SN:HXS1222 (19-ATF-014467),
108. Smith & Wesson 13 revolver CAL:357 SN:D961599 (19-ATF-014469),
109. Sig Sauer (Sig-Arms) SP2022 pistol CAL:9 SN:24B230087 (19-ATF-014470),
110. Bersa Thunder 380 pistol CAL:380 SN:993944 (19-ATF-014474),
111. Ruger Security Six revolver  CAL:357  SN:157-36061 (19-ATF-014475),
112. Ruger Security Six revolver  CAL:357  SN:154-28683 (19-ATF-014477),
113. Ruger Security Six revolver  CAL:357  SN:158-32834 (19-ATF-014478),
114. Springfield Armory, Geneseo IL champion pistol CAL:9mm SN:LW (19-ATF-014479),
115. Beretta USA Corp 855PS Cheetah pistol CAL:9 SN:F43953Y (19-ATF-014480),
116. Smith & Wesson 18 revolver CAL:357 SN:2K6764 (19-ATF-014481),
117. Smith & Wesson 66 revolver CAL:357 SN:83564 (19-ATF-014482),
118. Smith & Wesson 627 revolver CAL:357 SN:CZN4037 (19-ATF-014483),
119. Smith & Wesson 10 revolver CAL:38 SN:C539236 (19-ATF-014484),
120. Smith & Wesson 15 revolver CAL:38 SN:1K68000 (19-ATF-014486),
121. Smith & Wesson 686 revolver CAL:357 SN:DDA2025 (19-ATF-014489),
122. Smith & Wesson 625 revolver CAL:45 SN:BEP9539 (19-ATF-014491),
123. Smith & Wesson 21 revolver CAL:44 SN:TRS1911 (19-ATF-014492),
124. Ruger SR1911 pistol CAL:10 SN:672-90014 (19-ATF-014494),
125. Kimber stainless Target II pistol CAL:38 SN:KF07857 (19-ATF-014496),
126. Smith & Wesson M&P 380 shield pistol CAL:38 super SN:NCH7028 (19-ATF-014497),

127. Ruger Blackhawk revolver CAL:41 SN:41-29549 (19-ATF-014500),
128. Kimber custom TLE II pistol CAL:45 SN:K389733 (19-ATF-014501),
129. Smith & Wesson 16 revolver CAL:.38 SN:13K7220 (19-ATF-014503),
130. Smith & Wesson 15 revolver CAL:38 SN:ABA6798 (19-ATF-014504),
131. Smith & Wesson 686 revolver CAL:357 SN:AWL3318 (19-ATF-014505),
132. Ruger single six revolver CAL:17 SN:266-08971 (19-ATF-014507),
133. Kimber Ultra CDP II pistol CAL:45 SN:KU20120 (19-ATF-014510),
134. Ruger Blackhawk revolver CAL:41 SN:38-46888 (19-ATF-014511),
135. Kimber Onyx Ultra II pistol CAL:9 SN:KXU2588 (19-ATF-014513),
136. Ruger Blackhawk revolver CAL:45 SN:520-28135 (19-ATF-014514),
137. Kimber Custom Covert II pistol CAL:45 SN:K451153 (19-ATF-014516),
138. Sig Sauer (Sig-Arms) 1911 pistol CAL:.357 SN:54B105276 (19-ATF-014517),
139. Kimber ULT Crimson Carry II pistol CAL:45 SN:KU139780 (19-ATF-014518),
140. Ruger Blackhawk revolver CAL:44 SN:520-18497 (19-ATF-014519),
141. Ruger Blackhawk revolver CAL:357 SN:38-67311 (19-ATF-014523),
142. Kimber Raptor II pistol CAL:45 SN:K169886 (19-ATF-014524),
143. Kimber PRO CDP II pistol CAL:45 SN:KR57501 (19-ATF-014527),
144. Kimber Pro Carry HD II pistol CAL:38 SN:KRF5673 (19-ATF-014531),
145. Kimber Master Carry Custom pistol CAL:45 SN:K528584 (19-ATF-014534),
146. Chinese SKS rifle CAL:762 SN:1610192 (19-ATF-014536),
147. Palmetto State Armory PA-10 rifle CAL:multi SN:PF003585 (19-ATF-014537),
148. Springfield Armory, Geneseo IL M1 rifle CAL:30 SN:5382700 (19-ATF-014538),
149. Springfield Armory, Geneseo IL M1 rifle CAL:30 SN:1888095 (19-ATF-014539),
150. Smith & Wesson 629 revolver CAL:44 SN:N912787 (19-ATF-014540),
151. Smith & Wesson M&P 9 pistol CAL:9 SN:MRK9556 (19-ATF-014541),
152. Smith & Wesson 629 revolver CAL:44 SN:B0Z7384 (19-ATF-014542),
153. Sig Sauer (Sig-Arms) 1911 pistol CAL:40 SN:54B019468 (19-ATF-014543),
154. Smith & Wesson 67 revolver CAL:38 SN:258K842 (19-ATF-014544),
155. Smith & Wesson 63 revolver CAL:22 SN:M105184 (19-ATF-014545),
156. Smith & Wesson 58 revolver CAL:41 SN:N260666 (19-ATF-014546),
157. Smith & Wesson 586 revolver CAL:357 SN:ADN6731 (19-ATF-014547),
158. Smith & Wesson 28 revolver CAL:357 SN:N573121 (19-ATF-014548),
159. Smith & Wesson 60 revolver CAL:357 SN:CHE0107 (19-ATF-014549),
160. Kimber Desert Warrior pistol CAL:45 SN:K492154 (19-ATF-014550),
161. Kimber Stainless Ultra TLE II pistol CAL:45 SN:KU258311 (19-ATF-014641),
162. Kimber Stainless II pistol CAL:45 SN:K523020 (19-ATF-014642),
163. Kimber ULT Crimson Carry II pistol CAL:45 SN:KU128714 (19-ATF-014643),
164. Kimber Stainless Target II pistol CAL:10 SN:KF10002 (19-ATF-014644),
165. Sig Sauer (Sig-Arms) 1911 pistol CAL:45 SN:54A027509 (19-ATF-014645),
166. Kimber Ultra Carry II pistol CAL:45 SN:KU264313 (19-ATF-014646),

167. Sig Sauer P938 pistol CAL:9 SN:52B032715 (19-ATF-014647),
168. Kimber Custom II pistol CAL:45 SN:K507878 (19-ATF-014650),
169. Kimber Stainless Target II pistol CAL:9 SN:KF17643 (19-ATF-014652),
170. Sig Sauer 1911 pistol CAL:38 SN:54B122856 (19-ATF-014654),
171. Smith & Wesson M&P 9 pistol CAL:9 SN:HTB1807 (19-ATF-014655),
172. Sig Sauer 1911 pistol CAL:45 SN:54A066210 (19-ATF-014657),
173. Sig Sauer 1911 pistol CAL:45 SN:54B055680 (19-ATF-014658),
174. Kimber Super Carry Custom pistol CAL:45 SN:K304652 (19-ATF-014660),
175. Sig Sauer 1911 pistol CAL:45 SN:54B075563 (19-ATF-014662),
176. Sig Sauer P938 pistol CAL:9 SN:52B170761 (19-ATF-014664),
177. CZ USA 755P-01 pistol CAL:9 SN:B910254 (19-ATF-014671),
178. Kimber Stainless Pro Carry II pistol CAL:45 SN:KR58006 (19-ATF-014673),
179. Kimber Pro Carry II pistol CAL:45 SN:KR239704 (19-ATF-014675),
180. Sig Sauer 1911 pistol CAL:45 SN:54B112609 (19-ATF-014676),
181. Smith & Wesson 66 revolver CAL:357 SN:AET7299 (19-ATF-014677),
182. CZ USA SP-01 Phantom pistol CAL:9 SN:B911669 (19-ATF-014681),
183. Sig Sauer GSR 1911 pistol CAL:45 SN:GS08451 (19-ATF-014682),
184. Armscor of the Philippines (Squires Bingham) M1911-A1 FS pistol CAL:45 SN: RIA1569925 (19-ATF-014683),
185. Armscor of the Philippines (Squires Bingham) A380 baby rock (19-ATF-014684),
186. Sig Sauer GSR 1911 pistol CAL:45 SN:GS15622 (19-ATF-014685),
187. Sig Sauer 1911 pistol CAL:45 SN:GS36113 (19-ATF-014687),
188. Sig Sauer 1911 pistol CAL:45 SN:GS60365 (19-ATF-014689),
189. Kimber Stainless II pistol CAL:45 SN:K482247 (19-ATF-014690),
190. Beretta USA Corp 950 BS pistol CAL:25 SN:BU24331V (19-ATF-014691),
191. Kimber Rimfire target pistol CAL:22 SN:K303183 (19-ATF-014692),
192. Beretta USA Corp 3032 Tomcat pistol CAL:32 SN:DAA337535 (19-ATF-014694),
193. Taurus International PT22 pistol CAL:22 SN:ASL96490 (19-ATF-014695),
194. Ruger SR1911 pistol CAL:45 SN:671-50388 (19-ATF-014696),
195. Ruger Mark II pistol CAL:22 SN:225-17578 (19-ATF-014698),
196. Keltec, CNC Industries Inc. PMR-30 pistol CAL:22 SN:WZM48 (19-ATF-014699),
197. Keltec, CNC Industries Inc. P32 pistol CAL:32 SN:113778 (19-ATF-014700),
198. Armscor of the Philippines 1911A1 pistol CAL:40 SN:RIA158957 (19-ATF-014704),
199. Armscor of the Philippines M1911-A1 CS pistol CAL:45 SN:RIA1 (19-ATF-014706),
200. Wesson Arms Eco pistol CAL:9 SN:1407659 (19-ATF-014707),
201. Heckler & Koch Inc. USP40 pistol CAL:40 SN:26-079659 (19-ATF-014718),
202. Armscor of the Philippines (Squires Bingham) M1911-A1 FS Tct (19-ATF-014721),
203. Kimber Pro Carry II pistol CAL:9 SN:KRF11273 (19-ATF-014724),
204. F.N. (FN Herstal) five-seven pistol CAL:57 SN:386264951 (19-ATF-014725),
205. Sig Sauer 1911 pistol CAL:45 SN:54A058359 (19-ATF-014726),

206. Springfield Firearms Corp V10 ultra compact pistol CAL:45 auto SN:N377346 (19-ATF-014728),

207. Springfield Armory, Geneseo IL. 1911A1 pistol CAL:45 SN:N406 (19-ATF-014729),

208. Smith & Wesson SW1911SC pistol CAL:45 SN:UCU5446 (19-ATF-014730),

209. CZ (Ceska Zbrojovka) CZ P-09 pistol CAL:9 SN:B632201 (19-ATF-014731),

210. Springfield Armory, Geneseo IL EMP4 pistol CAL:40 SN:EMP4662 (19-ATF-014733),

211. Kimber Stainless Ultra Carry II pistol CAL:45 SN:KU60695 (19-ATF-014734),

212. Springfield Armory, Geneseo IL EMP pistol CAL:9 SN:EMP970 (19-ATF-014735),

213. Sig Sauer 1911 pistol CAL:45 SN:54A007059 (19-ATF-014736),

214. Sig Sauer Mosquito pistol CAL:22 SN:F335719 (19-ATF-014740),

215. Kimber Custom II pistol CAL:9 SN:KF39722 (19-ATF-014742),

216. STI (Strayer Tripp Intl) Escort pistol CAL:45 SN:NE9317 (19-ATF-014747),

217. Smith & Wesson M&P 9 pistol CAL:9 SN:HDL3038 (19-ATF-014748),

218. Smith & Wesson 39 pistol CAL:9 SN:A204578 (19-ATF-014750),

219. Smith & Wesson 59 pistol CAL:9 SN:A334132 (19-ATF-014758),

220. Smith & Wesson 19 revolver CAL:357 SN:4K43183 (19-ATF-014760),

221. Smith & Wesson 13 revolver CAL:357 SN:BHV8425 (19-ATF-014761),

222. Smith & Wesson 620 revolver CAL:357 SN:CJU5733 (19-ATF-014762),

223. Smith & Wesson 66 revolver CAL:357 SN:7K54582 (19-ATF-014765),

224. Smith & Wesson 657 revolver CAL:41 SN:CDJ3914 (19-ATF-014766),

225. Smith & Wesson 57 revolver CAL:41 SN:N916933 (19-ATF-014767),

226. Uberti 1873 revolver CAL:45 SN:U78780 (19-ATF-014768),

227. Smith & Wesson 66 revolver CAL:357 SN:BBJ9059 (19-ATF-014769),

228. Smith & Wesson 36 revolver CAL:38 SN:J98584 (19-ATF-014770),

229. Smith & Wesson 28 revolver CAL:357 SN:S201880 (19-ATF-014771),

230. Kimber Stainless ULT Carry pistol CAL:40 SN:KUF1123 (19-ATF-014772),

231. Sig Sauer P226 Pistol CAL:9 SN:47A054345 (19-ATF-014773),

232. Kimber Stainless Pro Carry II pistol CAL:45 SN:KR111967 (19-ATF-014774),

233. Kimber Pro Carry II pistol CAL:45 SN:KR127224 (19-ATF-014775),

234. Sig Sauer 1911 pistol CAL:45 SN:54B120108 (19-ATF-014776),

235. CZ (Ceska Zbrojovka) CZ P-07 pistol CAL:9 SN:B921271 (19-ATF-014777),

236. Ruger Gunsite Scout rifle CAL:308 SN:680-54971 (19-ATF-014778),

237. Smith & Wesson 386 Night Guard revolver CAL:357   SN:CMX4721 (19-ATF-014779),

238. Smith & Wesson 58 revolver CAL:41 SN:73252 (19-ATF-014780),

239. Smith & Wesson 586 revolver CAL:357 SN:AUZ8289 (19-ATF-014781),

240. Smith & Wesson 27 revolver CAL:357 SN:N166595 (19-ATF-014782),

241. Ruger Mini 14 Ranch rifle CAL:223 SN:196-36322 (19-ATF-014783),

242. Smith & Wesson 18 revolver CAL:22 SN:2K49859 (19-ATF-014785),

243. Ruger Mini 30 rifle CAL:762 SN:189-55782 (19-ATF-014786),

244. Smith & Wesson 27 revolver CAL:357 SN:BDS1881 (19-ATF-014787),

245. Smith & Wesson 686 revolver CAL:357 SN:DCD2224 (19-ATF-014789),

246. Ruger American rifle CAL:300 SN:694-58863 (19-ATF-014790),
247. Ruger single seven revolver CAL:327 SN:816-05029 (19-ATF-014792),
248. Smith & Wesson 657 revolver CAL:41 SN:BJC8335 (19-ATF-014794),
249. Smith & Wesson M&P 45 pistol CAL:45 SN:MPR2465 (19-ATF-014795),
250. Smith & Wesson 1917 revolver CAL:45 SN:S8212 (19-ATF-014796),
251. Smith & Wesson 25 revolver CAL:45 SN:N614079 (19-ATF-014797),
252. Smith & Wesson 27 revolver CAL:357 SN:187711 (19-ATF-014801),
253. Smith & Wesson 25 revolver CAL:45 SN:N842991 (19-ATF-014803),
254. Ruger Redhawk revolver CAL:357 SN:501-24811 (19-ATF-014804),
255. Ruger single six revolver CAL:22 SN:188731 (19-ATF-014805),
256. Ruger Redhawk revolver CAL:44 SN:502-80132 (19-ATF-014806),
257. Smith & Wesson 25 revolver CAL:45 SN:N735678 (19-ATF-014807),
258. Springfield Armory, Geneseo IL 1911A1 pistol CAL:9 SN:NM4337 (19-ATF-014809),
259. Colt MKIV pistol CAL:45 SN:70B26310 (19-ATF-014812),
260. Smith & Wesson SW1911 pistol CAL:45 SN:UCZ7006 (19-ATF-014813),
261. Ruger Blackhawk revolver CAL:41 SN:48-28080 (19-ATF-014814),
262. Smith & Wesson 60 revolver CAL:357 SN:CHU2251 (19-ATF-014815),
263. Smith & Wesson 36 revolver CAL:38 SN:511173 (19-ATF-014816),
264. Wesson Arms Co Bobtail pistol CAL:45 SN:C0162CZ (19-ATF-014818),
265. Stag Arms Stag-15 rifle CAL:556 SN:84635 (19-ATF-014884),
266. Thompson 1927A rifle CAL:45 (19-ATF-014888),
267. Ruger 22/45 pistol CAL:22 SN:223-12315 (19-ATF-014889),
268. Ruger Redhawk revolver CAL:45 SN:502-48550 (19-ATF-014892),
269. Glock, Inc. 21 pistol CAL:45 SN:UTT843 (19-ATF-014893),
270. Ruger security six revolver CAL:357 SN:156-97172 (19-ATF-014897),
271. Glock, Inc. 19 pistol CAL:9 SN:EBM400US (19-ATF-014899),
272. Glock, Inc. 17Gen4 pistol CAL:9 SN:BAZW079 (19-ATF-014903),
273. U.S.A. Military Surplus M1 Carbine rifle CAL:30 SN:387571 (19-ATF-014905),
274. Ruger M77 rifle CAL:257 SN:77-57037 (19-ATF-014908),
275. Remington Arms Company, Inc. 870 express super mg shotgun CA (19-ATF-014911),
276. U.S.A. Military Surplus M1 Carbine rifle CAL:30 SN:4115538 (19-ATF-014912),
277. U.S.A. Military Surplus M1 Carbine rifle CAL:30 SN:773805 (19-ATF-014913),
278. Russian Mosin Nagant rifle CAL:762 SN:82920 (19-ATF-014914),
279. Browning A-bolt rifle CAL:223 SN:07389MR351 (19-ATF-014915),
280. Smith & Wesson M&P 15 rifle CAL:556 SN:86254 (19-ATF-014918),
281. Browning A-Bolt rifle CAL:300 SN:34403NM717 (19-ATF-014919),
282. Ruger single six revolver CAL:32 SN:650-11130 (19-ATF-014920),
283. Ruger Security six revolver CAL:357 SN:155-23821 (19-ATF-014921),
284. Ruger security six revolver CAL:357 SN:150-45723 (19-ATF-014922),
285. Ruger Blackhawk revolver CAL:45 SN:48-23124 (19-ATF-014928),
286. Ruger single six revolver CAL:32 SN:650-39325 (19-ATF-014929),

287. STI (Strayer Tripp Intl) Lawman 5.0 pistol CAL:45 SN:NC3336 (19-ATF-014930),

288. Smith & Wesson 638 revolver CAL:38 SN:CLV2275 (19-ATF-014931),

289. Smith & Wesson 12 revolver CAL:38 SN:240776 (19-ATF-014932),

290. Smith & Wesson 36 revolver CAL:38 SN:45J468 (19-ATF-014934),

291. Smith & Wesson 17 revolver CAL:22 SN:3K26727 (19-ATF-014935),

292. Smith & Wesson 10 revolver CAL:38 SN:BKN4495 (19-ATF-014937),

293. Smith & Wesson 29 revolver CAL:44 SN:N817397 (19-ATF-014943),

294. Smith & Wesson 15 revolver CAL:38 SN:K769474 (19-ATF-014945),

295. Ruger Blackhawk revolver CAL:45 SN:38-79704 (19-ATF-014955),

296. Rock island Armory Inc. unknown pistol CAL:10 SN:RIA1543091 (19-ATF-014958),

297. Kimber Custom II pistol CAL:10 SN:KF63420 (19-ATF-014961),

298. Walther PPK/S pistol CAL:9 SN:S056687 (19-ATF-014963),

299. Smith & Wesson Governor revolver CAL:45/410 SN:DKX8505 (19-ATF-014964),

300. Smith & Wesson 329PD revolver CAL:44 SN:DCE9759 (19-ATF-014965),

301. Smith & Wesson 16 revolver CAL:32 SN:BE0808 (19-ATF-014966),

302. Smith & Wesson 57 revolver CAL:41 SN:N943094 (19-ATF-014967),

303. Smith & Wesson 17 revolver CAL:22 SN:BEB5510 (19-ATF-014968),

304. Smith & Wesson 657 revolver CAL:41 SN:AUW3413 (19-ATF-014969),

305. Smith & Wesson 19 revolver CAL:357 SN:DKW3322 (19-ATF-014970),

306. Smith & Wesson 24 revolver CAL:44 SN:CTH4189 (19-ATF-014971),

307. Smith & Wesson 29 revolver CAL:44 SN:N480987 (19-ATF-014973),

308. Smith & Wesson 29 revolver CAL:44 SN:AEE4912 (19-ATF-014975),

309. Glock GMBH 26 pistol CAL:9 SN:BFTG023 (19-ATF-014976),

310. Glock GMBH 19 pistol CAL:9 SN:BGNL863 (19-ATF-014977),

311. Kimber Ultra CDP pistol CAL:45 SN:KU318728 (19-ATF-014978),

312. Sig Sauer P365 pistol CAL:9 SN:66A317729 (19-ATF-014979),

313. Armscor of the Philippines (Squires Bingham) M1911-A1 FS Tct (19-ATF-014980),

314. Ruger Vaquero revolver CAL:45 SN:58-31224 (19-ATF-014981),

315. Colt Government pistol CAL:45 SN:CV41036 (19-ATF-014982),

316. Smith & Wesson 610 revolver CAL:10 SN:CCM2314 (19-ATF-014983),

317. Smith & Wesson 442 revolver CAL:38 SN:CMJ1421 (19-ATF-014984),

318. Remington Arms 1911R1 pistol CAL:45 SN:RHN78910 (19-ATF-014986),

319. Ruger Blackhawk revolver CAL:357 SN:36-53700 (19-ATF-014987),

320. Smith & Wesson 4013 pistol CAL:40 SN:TYS9702 (19-ATF-014988),

321. Sig Sauer 1911 pistol CAL:10 SN:54E002088 (19-ATF-014989),

322. Henry Repeating Rifle Company H006 big boy rifle CAL:44 SN:BB0093097 (19-ATF-014990),

323. Kimber Micro Carry STS pistol CAL:380 SN:T0022590 (19-ATF-014991),

324. Marlin Firearms Co 1894 rifle CAL:44 SN:98010052 (19-ATF-014992),

325. Smith & Wesson 57 revolver CAL:41 SN:N942810 (19-ATF-014993),

326. Henry Repeating Rifle Company unknown rifle CAL:17 SN:4BESTD (19-ATF-014995),

327. Marlin Firearms Co 1894 CB rifle CAL:45 SN:03024206 (19-ATF-014996),
328. Ruger American rimfire rifle CAL:22 SN:830-42614 (19-ATF-014997),
329. Ithaca Gun Co 37 featherlight shotgun CAL:12 SN:1042488 (19-ATF-014998),
330. Marlin Firearms Co 1895 rifle CAL:45-70 SN:99057281 (19-ATF-014999),
331. Remington Arms Company, Inc. 870 shotgun CAL:12 SN:B510712M (19-ATF-015001),
332. Savage A17 rifle CAL:17 SN:K281168 (19-ATF-015004),
333. Winchester 1894 rifle CAL:30-30 SN:LF06234 (19-ATF-015005),
334. Palmetto State Armory PSAK47 rifle CAL:762 SN:AKB011791 (19-ATF-015006),
335. Winchester 94 rifle CAL:38-55 SN:CCH17334 (19-ATF-015007),
336. Marlin Firearms Co. 336 rifle CAL:30-30 SN:19015742 (19-ATF-015008),
337. Remington Arms Company 870 shotgun CAL:410 SN:RS39302F (19-ATF-015009),
338. Savage 311 shotgun CAL:12 SN:D794447 (19-ATF-015010),
339. Sig Sauer P220 pistol CAL:45 SN:G250572 (19-ATF-015011),
340. Henry Repeating Rifle Company unknown rifle CAL:30-30 SN:TT003303N (19-ATF-015012),
341. Kimber Ultra Carry II pistol CAL:45 SN:KU29237 (19-ATF-015013),
342. Sig Sauer P220 pistol CAL:45 SN:37B060844 (19-ATF-015014),
343. Smith & Wesson 625 revolver CAL:45 SN:CFE0020 (19-ATF-015015),
344. Smith & Wesson M&P40 pistol CAL:40 SN:HRV5637 (19-ATF-015016),
345. Henry Repeating Rifle Company unknown rifle CAL:22 SN:4DADC (19-ATF-015017),
346. Beretta USA Corp M9 pistol CAL:9 SN:M9-206760 (19-ATF-015018),
347. Henry Repeating Rifle Company unknown rifle CAL:22 SN:2BESTD (19-ATF-015019),
348. Kimber Custom pistol CAL:45 SN:K606728 (19-ATF-015020),
349. Henry Repeating Rifle Company H006 Big Boy rifle CAL:45 SN:BB0032969C (19-ATF-015021),
350. Sig Sauer P229 Elite pistol CAL:9 SN:55E007205 (19-ATF-015022),
351. Sig Sauer SP2022 pistol CAL:9 SN:24B367051 (19-ATF-015023),
352. Sig Sauer P365 pistol CAL:9 SN:66A289572 (19-ATF-015024),
353. Kimber Micro 9 pistol CAL:9 SN:PB0168409 (19-ATF-015025),
354. Beretta USA Corp 92FS pistol CAL:9 SN:H45970Z (19-ATF-015026),
355. Smith & Wesson Highway Patrolman revolver CAL:357 SN:N201747 (19-ATF-015027),
356. Marlin Firearms Co 1894CB rifle CAL:357 SN:01002082 (19-ATF-015028),
357. Henry Repeating Rifle Company H006 big boy rifle CAL:357 SN:BB0012905M (19-ATF-015029),
358. Heckler & Koch Inc. VP9 pistol CAL:9 SN:224-176443 (19-ATF-015142),
359. Heckler & Koch Inc. HK45 pistol CAL:45 SN:126-069121 (19-ATF-015144),
360. CZ (Ceska Zbrojovka) CZ97 pistol CAL:45 SN:C585040 (19-ATF-015145),
361. CZ (Ceska Zbrojovka) CZ75 pistol CAL:9 SN:B977220 (19-ATF-015147),
362. Walther P99 pistol CAL:9 SN:FBA4198 (19-ATF-015149),
363. Kimber Eclipse Target II pistol CAL:38 SN:KF49117 (19-ATF-015150),

364. Smith & Wesson 686 revolver CAL:357 SN:DKJ8124 (19-ATF-015152),
365. Smith & Wesson 29 revolver CAL:44 SN:ADY8592 (19-ATF-015154),
366. Remington Arms Company, Inc. 770 rifle CAL:30-06 SN:71390307 (19-ATF-015156),
367. Palmetto State Armory PA-10 rifle CAL:multi SN:PF046086 (19-ATF-015157),
368. Henry Repeating Rifle Company H006MS Big Boy rifle CAL:357 SN:BB00311M327 (19-ATF-015159),
369. Ruger 10/22 rifle CAL:22 SN:352-28093 (19-ATF-015162),
370. Beretta USA Corp 92FS pistol CAL:9 SN:E24931Z (19-ATF-015165),
371. Savage B Mag rifle CAL:17 SN:J577441 (19-ATF-015166),
372. Kimber Aegis Elite Ultra pistol CAL:45 SN:KU339241 (19-ATF-015168),
373. Kimber Stainless Pro Carry II pistol CAL:45 SN:KR121149 (19-ATF-015172),
374. Kimber KHX Custom pistol CAL:45 SN:K610252 (19-ATF-015174),
375. Sig Sauer P6 pistol CAL:9 SN:M501034 (19-ATF-015176),
376. Walther PK380 pistol CAL:380 SN:WB050442 (19-ATF-015177),
377. Ruger American 17HMR rifle CAL:17 SN:832-52168 (19-ATF-015178),
378. Ruger Single Seven revolver CAL:327 SN:816-09023 (19-ATF-015183),
379. Ruger SP101 revolver CAL:327 SN:576-80462 (19-ATF-015185),
380. Ruger American rifle CAL:6.5mm SN:695-65947 (19-ATF-015186),
381. Ruger Single Six revolver CAL:32 SN:650-40687 (19-ATF-015189),
382. Sig Sauer (Sig-Arms) Sig M400 rifle CAL:556 SN:20C060767 (19-ATF-015193),
383. Ruger M77 rifle CAL:270 SN:74-12152 (19-ATF-015194),
384. Remington Arms Company 870 shotgun CAL:12 SN:AB868593M (19-ATF-015195),
385. Henry Repeating Rifle Company H012M big boy steel rifle CAL: (19-ATF-015197),
386. Sig Sauer P365 pistol CAL:9 SN:66A214678 (19-ATF-015198),
387. Ruger Blackhawk revolver CAL:44 SN:521-41222 (19-ATF-015201),
388. Remington Arms Company 870 shotgun CAL:20 SN:W520656U (19-ATF-015202),
389. Browning unknown shotgun CAL:12 gauge SN:46530NM152 (19-ATF-015207),
390. Kimber Aegis Elite Custom pistol CAL:45 SN:K599747 (19-ATF-015208),
391. Kimber Ultra Carry II pistol CAL:45 SN:KU330311 (19-ATF-015210),
392. Kimber Stainless target pistol CAL:10mm SN:KF53975 (19-ATF-015211),
393. Smith & Wesson 14 revolver CAL:38 SN:K644196 (19-ATF-015212),
394. Smith & Wesson 60 revolver CAL:38 SN:65299 (19-ATF-015213),
395. Smith & Wesson 15 revolver CAL:38 SN:3K15638 (19-ATF-015214),
396. Colt Government pistol CAL:38 SN:FR25204E (19-ATF-015215),
397. Sig-Sauer 1911 pistol CAL:45 SN:54A014277 (19-ATF-015246),
398. Smith & Wesson 329PD revolver CAL:44 SN:CHV7633 (19-ATF-015247),
399. Smith & Wesson 69 revolver CAL:44 SN:CWW4827 (19-ATF-015248),
400. Smith & Wesson 57 revolver CAL:41 SN:N324886 (19-ATF-015249),
401. Smith & Wesson 27 revolver CAL:357 SN:N155239 (19-ATF-015250),

402.    Smith & Wesson 10 revolver CAL:38 SN:25193 (19-ATF-015251),
403.    Ruger Redhawk revolver CAL:45 SN:503-44777 (19-ATF-015252),
404.    Smith & Wesson 432PD Airweight revolver CAL:32 SN:DAS1877 (19-ATF-015253),
405.    Ruger Super Redhawk revolver CAL:10mm SN:552-97629 (19-ATF-015254),
406.    Smith & Wesson 57 revolver CAL:41 SN:AJW1258 (19-ATF-015255),
407.    Ruger police service six revolver CAL:38 SN:162-53966 (19-ATF-015256),
408.    Heckler and Koch USP9 pistol CAL:9 SN:24-119654 (19-ATF-015257),
409.    Smith & Wesson M&P 9 pistol CAL:9 SN:HML5159 (19-ATF-015258),
410.    Smith & Wesson unknown revolver CAL:38 SN:244152 (19-ATF-015259),
411.    Smith & Wesson 64 revolver CAL:38 SN:42472 (19-ATF-015260),
412.    Smith & Wesson 586 revolver CAL:357 SN:ACT5459 (19-ATF-015261),
413.    Sig Sauer P365 pistol CAL:9 SN:66A049942 (19-ATF-015262),
414.    Ruger Police Service Six revolver CAL:357 SN:157-72685 (19-ATF-015263),
415.    Smith & Wesson 14 revolver CAL:38 SN:94K1838 (19-ATF-015264),
416.    Smith & Wesson 27 revolver CAL:357 SN:N830818 (19-ATF-015265),
417.    Ruger single six revolver CAL:32 SN:650-58170 (19-ATF-015266),
418.    Smith & Wesson 27 revolver CAL:357 SN:N676305 (19-ATF-015267),
419.    Smith & Wesson Governor revolver CAL:45/410 SN:CRM7442 (19-ATF-015268),
420.    Kimber ultra raptor II pistol CAL:45 SN:KU118675 (19-ATF-015270),
421.    Ruger single seven revolver CAL:327 SN:816-08075 (19-ATF-015271),
422.    Smith & Wesson K-38 revolver CAL:38 SN:95128 (19-ATF-015272),
423.    Sig-Sauer P228 pistol CAL:9 SN:B138344 (19-ATF-015273),
424.    Smith & Wesson 57 revolver CAL:41 SN:N808027 (19-ATF-015274),
425.    Smith & Wesson 686 revolver CAL:357 SN:CEB4532 (19-ATF-015275),
426.    Smith & Wesson 645 pistol CAL:45 SN:TAT8481 (19-ATF-015276),
427.    Smith & Wesson 686 revolver CAL:357 SN:DDF8574 (19-ATF-015277),
428.    Beretta USA Corp 92FS pistol CAL:9 SN:BER482552 (19-ATF-015278),
429.    Glock Inc. 22 pistol CAL:40 SN:TEY785 (19-ATF-015279),
430.    Ruger 10/22 rifle CAL:22 SN:256-66144 (19-ATF-015280),
431.    Smith & Wesson M&P 40 pistol CAL:40 SN:MPH1594 (19-ATF-015281),
432.    Ruger Blackhawk revolver CAL:357 SN:521-36064 (19-ATF-015282),
433.    Remington Arms Company 700 rifle CAL:308 SN:G6805875 (19-ATF-015283),
434.    Kimber Micro 9 pistol CAL:9 SN:TB0011320 (19-ATF-015286),
435.    Sig Sauer (Sig-Arms) P320 pistol CAL:9 SN:58B112637 (19-ATF-015299), and
436.    Smith & Wesson 21 revolver CAL:44 SN:DAU3986 (19-ATF-017127).

The defendant agrees that the listed assets constitute firearms involved in or used in the knowing and willful commission of a violation of 18 U.S.C. § 922(a)(1)(A).

The defendant agrees to fully assist the government in the forfeiture of the listed assets and to take whatever steps are necessary to pass clear title to the United States.

The defendant shall not sell, transfer, convey, or otherwise dispose of any of his assets, including but not limited to, the above-listed assets.

The defendant agrees not to file a claim to any of the listed property in any civil proceeding, administrative or judicial, which may be initiated.  The defendant agrees to waive his right to notice of any forfeiture proceeding involving this property, and agrees to not file a claim or assist others in filing a claim in that forfeiture proceeding.

The defendant knowingly and voluntarily waives his right to a jury trial on the forfeiture of assets.  The defendant knowingly and voluntarily waives all constitutional, legal and equitable defenses to the forfeiture of these assets in any proceeding.  The defendant agrees to waive any jeopardy defense, and agrees to waive any claim or defense under the Eighth Amendment to the United States Constitution, including any claim of excessive fine, to the forfeiture of the assets by the United States, the State of California or its subdivisions.

The defendant waives oral pronouncement of forfeiture at the time of sentencing, and any defenses or defects that may pertain to the forfeiture.

### III.    THE GOVERNMENT'S OBLIGATIONS

#### A.    Dismissals

The government agrees to move, at the time of sentencing, to dismiss without prejudice the remaining counts in the pending Indictment.  The government also agrees not to reinstate any dismissed count except if this agreement is voided as set forth herein, or as provided in II.E (Defendant's Violation of Plea Agreement) and VII.B (Waiver of Appeal) herein.

#### B.    Recommendations

##### 1.    Incarceration Range

The government will make a sentencing recommendation after consideration of the presentence investigation report.  Under no circumstances will the government recommend more than the low-end of the applicable guideline range for the defendant's offense.  The government may recommend whatever it deems appropriate as to all other

16

aspects of sentencing.

### 2.   Acceptance of Responsibility

The government will recommend a two-level reduction (if the offense level is less than 16) or a three-level reduction (if the offense level reaches 16) in the computation of defendant's offense level if he clearly demonstrates acceptance of responsibility for his conduct as defined in U.S.S.G. § 3E1.1.  This includes the defendant meeting with and assisting the probation officer in the preparation of the pre-sentence report, being truthful and candid with the probation officer, and not otherwise engaging in conduct that constitutes obstruction of justice within the meaning of U.S.S.G § 3C1.1, either in the preparation of the pre-sentence report or during the sentencing proceeding.

### C.   **Use of Information for Sentencing**

The government is free to provide full and accurate information to the Court and the United States Probation Office ("Probation"), including answering any inquiries made by the Court and/or Probation, and rebutting any inaccurate statements or arguments by the defendant, his attorney, Probation, or the Court.  The defendant also understands and agrees that nothing in this Plea Agreement bars the government from defending on appeal or collateral review any sentence that the Court may impose.

## IV.   **ELEMENTS OF THE OFFENSE**

At a trial, the government would have to prove beyond a reasonable doubt the following elements of the offense to which the defendant is pleading guilty:

As to Count One, unlawful dealing in firearms, in violation of 18 U.S.C. § 922(a)(1)(A) [9th Cir. Model Crim. Jury Instr. 8.53]:

    1.    First, the defendant was willfully engaged in the business of dealing in firearms within the dates specified in the Indictment; and

    2.    Second, the defendant did not then have a license as a firearms dealer.

The defendant fully understands the nature and elements of the crime charged in the Indictment to which he is pleading guilty, together with the possible defenses thereto, and has discussed them with his attorney.

## V.     MAXIMUM SENTENCE

### A.     Maximum Penalty

The maximum sentence that the Court can impose is five years of incarceration, a fine of $250,000, a three-year period of supervised release, and a special assessment of $100.  .

### B.     Violations of Supervised Release

The defendant understands that if he violates a condition of supervised release at any time during the term of supervised release, the Court may revoke the term of supervised release and require the defendant to serve up to two years of additional imprisonment.

## VI.     SENTENCING DETERMINATION

### A.     Statutory Authority

The defendant understands that the Court must consult the Federal Sentencing Guidelines and must take them into account when determining a final sentence.  The defendant understands that the Court will determine a non-binding and advisory guideline sentencing range for this case pursuant to the Sentencing Guidelines and must take them into account when determining a final sentence.  The defendant further understands that the Court will consider whether there is a basis for departure from the guideline sentencing range (either above or below the guideline sentencing range) because there exists an aggravating or mitigating circumstance of a kind, or to a degree, not adequately taken into consideration by the Sentencing Commission in formulating the Guidelines.  The defendant further understands that the Court, after consultation and consideration of the Sentencing Guidelines, must impose a sentence that is reasonable in light of the factors set forth in 18 U.S.C. § 3553(a).

## VII.     WAIVERS

### A.     Waiver of Constitutional Rights

The defendant understands that by pleading guilty he is waiving the following constitutional rights:  (a) to plead not guilty and to persist in that plea if already made; (b)

to be tried by a jury; (c) to be assisted at trial by an attorney, who would be appointed if necessary; (d) to pursue any affirmative defenses, Fourth Amendment or Fifth Amendment claims, constitutional challenges to the statutes of conviction, and other pretrial motions that have been filed or could be filed; (e) to subpoena witnesses to testify on his behalf; (f) to confront and cross-examine witnesses against him; and (g) not to be compelled to incriminate himself.

### B.     Waiver of Appeal and Collateral Attack

The defendant understands that the law gives the defendant a right to appeal his guilty plea, conviction, and sentence.  The defendant agrees as part of his plea, however, to give up the right to appeal any aspect of the guilty plea, the conviction, and the sentence imposed in this case.  The defendant specifically waives his right to challenge the constitutionality of the statute of conviction, including any appellate claims under *Blackledge v. Perry*, 417 U.S. 21 (1974) and *Class v. United States*, 138 S. Ct. 798, 803 (2018).

Notwithstanding the defendant's waiver of appeal, the defendant will retain the right to appeal if one of the following circumstances occurs: (1) the sentence imposed by the District Court exceeds the statutory maximum; and/or (2) the government appeals the sentence in the case.  The defendant understands that these two circumstances occur infrequently and that in all other cases this Agreement constitutes a complete waiver of all appellate rights.

In addition, the defendant gives up any right to bring a collateral attack, including a motion under 28 U.S.C. § 2255 or § 2241, challenging any aspect of the guilty plea, conviction, and sentence imposed in this case.  A "collateral attack" in this circumstance means filing a motion in this Court, or any other court challenging any aspect of his guilty plea, conviction, or sentence.  Therefore, the defendant cannot later decide that he is unhappy with his plea, conviction, or sentence and seek to amend, alter, withdraw, or overturn it.

Notwithstanding the agreement in paragraph III.A (Dismissals) above that the

government will move to dismiss counts against the defendant, if the defendant ever attempts to vacate his plea, dismiss the underlying charges, or modify or set aside his sentence on any of the counts to which he is pleading guilty, the government shall have the rights set forth in paragraph II.E (Defendant's Violation of Plea Agreement) herein.

### C.   Waiver of Attorneys' Fees and Costs

The defendant agrees to waive all rights under the "Hyde Amendment," Section 617, P.L. 105-119 (Nov. 26, 1997), to recover attorneys' fees or other litigation expenses in connection with the investigation and prosecution of all charges in the above-captioned matter and of any related allegations (including without limitation any charges to be dismissed pursuant to this plea agreement and any charges previously dismissed).

### VIII.   ENTIRE PLEA AGREEMENT

Other than this plea agreement, no agreement, understanding, promise, or condition between the government and the defendant exists, nor will such agreement, understanding, promise, or condition exist unless it is committed to writing and signed by the defendant, counsel for the defendant, and counsel for the United States.

### IX.   APPROVALS AND SIGNATURES

### A.   Defense Counsel

I have read this plea agreement and have discussed it fully with my client.  The plea agreement accurately and completely sets forth the entirety of the agreement.  I concur in my client's decision to plead guilty as set forth in this plea agreement.

Dated:   January 11, 2021                                    /s/ Jonathan Gonzales
                                                             JONATHAN GONZALES
                                                             Counsel for Defendant

### B.   Defendant

I have read this plea agreement and carefully reviewed every part of it with my attorney.  I understand it, and I voluntarily agree to it.  Further, I have consulted with my attorney and fully understand my rights with respect to the provisions of the Sentencing Guidelines that may apply to my case.  No other promises or inducements have been made

1   to me, other than those contained in this plea agreement.  In addition, no one has

2   threatened or forced me in any way to enter into this plea agreement.  Finally, I am

3   satisfied with the representation of my attorney in this case.

4

5   Dated:   01-10-2021

                                   GARY KEITH OSTERHOUT,

6                                     Defendant

7   **C.**     **Attorney for the United States**

8      I accept and agree to this plea agreement on behalf of the government.

9   Dated:    January 11, 2021             McGREGOR W. SCOTT

10                                     United States Attorney

11                     By:    /s/ Justin L. Lee

12                              JUSTIN L. LEE

                              Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

**Factual Basis for Plea**

If this matter proceeded to trial, the United States would establish the following facts beyond a reasonable doubt:

The defendant, Gary Keith Osterhout, is a resident of Nevada that traveled to gun shows throughout the intermountain west operating as an unlicensed dealer of firearms. The defendant purchased guns from legitimate sources and then re-sold the guns on the black market. Between March 1, 2015, and February 12, 2019, the defendant purchased at least 290 firearms. Fourteen of those guns were later recovered by law enforcement as part of unrelated criminal investigations.

Between May 19, 2018, and February 12, 2019, the Bureau of Alcohol, Tobacco, Firearms, and Explosives conducted eight undercover gun purchases from the defendant. In total, ATF undercover agents purchased 40 guns from the defendant. During these transactions, the defendant did not fill out any of the required firearms transfer documents—such an ATF Form 4473—and did not conduct background checks on any of the buyers of firearms.

During the firearms transactions with ATF undercover agents, the defendant stated that during a big gun show, he will typically gross $20,000—$30,000 and that he typically makes $100 in profit from each gun sold. The defendant said that he had friends that held federal firearms licenses, but the defendant did not want to deal with ATF or let ATF know what he was doing. The defendant said that he used cash to avoid creating a paper trail.

///

///

///

///

///

1      On February 12, 2019, ATF executed a federal search warrant at the defendant's

2 residence in Sparks, Nevada. ATF seized 510 firearms from the defendant's house,

3 including the 436 guns listed in the Indictment and listed on Pages 5—15 of this Plea

4 Agreement. These 510 guns were inventory for the defendant's business of buying and

5 selling guns.

6      The defendant has never held, nor applied for, a federal firearms license.

7

8 I, GARY KEITH OSTERHOUT, have read the Factual Basis for Plea and agree to the

9 facts and stipulations contained therein.

10

11 Dated: ___1/10/2021___

12                                                     GARY KEITH OSTERHOUT,

13                                                     Defendant

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28