McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
KURT A. DIDIER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GARY KEITH OSTERHOUT,<br><br>　　　　Defendant. | Case No.: 2:19-CR-00180-MCE<br><br>**STIPULATION FOR THE PREJUDGMENT DEPOSIT OF FUNDS INTO THE COURT'S DEPOSIT FUND; AND ORDER THEREON** |

　　　　Plaintiff United States of America and defendant Gary Keith Osterhout (Osterhout), through their authorized representatives (the Parties), hereby seek an order authorizing Osterhout to deposit $10,100.00 into the Court's Deposit Fund pending the outcome of this criminal prosecution.

　　　　The Parties stipulate as follows:

　　　　1.　　The Indictment in this case charges Osterhout with unlawful dealing in firearms, in violation of 18 U.S.C. § 922(a)(1)(A), and five counts of lawful sale of a firearm to an out-of-state resident, in violation of 18 U.S.C. § 922(a)(5).

　　　　2.　　The Parties signed a plea agreement in which Osterhout agreed to plead guilty to Count One of the Indictment charging unlawful dealing in firearms, in violation of 18 U.S.C. § 922(a)(1)(A). ECF No. 25, at 2.  He also agreed to pay a $100 special assessment and $10,000 fine.  *Id*. at 3.

　　　　3.　　Osterhout's change of plea hearing was conducted on January 14, 2021.  ECF No. 26.

STIPULATION FOR THE
PREJUDGMENT DEPOSIT
OF FUNDS; AND ORDER

The Court accepted Osterhout's guilty plea to Count One of the Indictment, adjudged him guilty, and set an April 8, 2021 sentencing date. *Id.*

4. Osterhout is prepared to pay the $100 special assessment and $10,000 fine to the Clerk of the Court within five days of the Court's order approving this stipulation. He understands and acknowledges that although the parties will jointly recommend that the Court impose a $10,000 fine, the Court may impose a fine in amount either above or below $10,000.

5. Based on the foregoing, the Parties agree the Court should enter an order directing:

  A. Osterhout to pay $10,100 to the Clerk of Court within five days following the filing of the order approving this stipulation according to the payment instructions stated in the accompanying order; and

  B. The Clerk of Court to deposit Osterhout's payment into the Court's Deposit Fund and apply those funds to all criminal monetary penalties the Court orders at sentencing.

Respectfully submitted,

FOR THE UNITED STATES:

McGREGOR W. SCOTT
United States Attorney

Dated: _____, 2021

By:  */s/* _____
JUSTIN L. LEE
KURT A. DIDIER
Assistant United States Attorneys

FOR DEFENDANT GARY KEITH OSTERHOUT:

Dated: _____, 2021     By:  */s/* _____
GARY KEITH OSTERHOUT

APPROVED AS TO FORM AND CONTENT:

Dated: _____, 2021     By:  */s/* _____
JONATHAN R. GONZALES
Attorney for Defendant

# **ORDER**

The Court, having reviewed the court files and the Parties' Stipulation for the Prejudgment Deposit of Funds into the Court's Deposit Fund (the Stipulation), and good cause appearing therefrom, hereby APPROVES the Stipulation. Accordingly, IT IS ORDERED that:

1. Defendant Gary Keith Osterhout (Osterhout) shall pay $10,100.00 to the Clerk of Court within five days following the filing of this order.

2. Osterhout shall make his payment payable to the "Clerk of the Court" at the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814. He shall also state the docket number (Case No.: 2:19-cr-00180-MCE) on the payment instrument and, if he desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

3. The Clerk of Court shall deposit Osterhout's prejudgment payment into the Court's Deposit Fund (the Fund).

4. Osterhout's prejudgment payment shall remain in the Fund pending adjudication of this case. Upon sentencing, the Clerk of Court shall apply the payment towards the criminal monetary penalties ordered in the judgment. If the Court orders criminal monetary penalties in an amount less than Osterhout's prejudgment payment, the Clerk of Court shall return the surplus to Osterhout within thirty days following entry of judgment.

IT IS SO ORDERED.

Dated: March 3, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE