PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GARY KEITH OSTERHOUT,<br><br>　　　　Defendant. | 2:19-CR-00180-DAD<br><br>FINAL ORDER OF FORFEITURE |

　　　　On February 23, 2021, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Gary Keith Osterhout forfeiting to the United States the firearms listed in Exhibit A, attached hereto and incorporated herein.

　　　　Beginning on August 21, 2021, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

　　　　The United States sent direct written notice by certified mail to the individuals listed in Exhibit B known to have a potential interest in the firearms listed in Exhibit A.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the firearms listed below in Exhibit A pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), including all right, title, and interest of Gary Keith Osterhout and the individuals listed in Exhibit B.

2. All right, title, and interest in the firearms listed in Exhibit A shall vest solely in the name of the United States of America.

3. The Bureau of Alcohol, Tobacco, Firearms, and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **February 23, 2023**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

**Exhibit A**

1. Ruger single six revolver CAL:22 SN: 21-00958 (19-ATF-014261),
2. Smith & Wesson 686 revolver CAL:357 SN: CTY7214 (19-ATF-014268),
3. Smith & Wesson 19 revolver CAL:357 SN: AUZ7305 (19-ATF-014269),
4. Smith & Wesson 586 revolver CAL:357 SN: BEZ6069 (19-ATF-014272),
5. Ruger single six revolver CAL:22 SN: 37754 (19-ATF-014273),
6. Smith & Wesson 27 revolver CAL:357 SN: DCF1049 (19-ATF-014275),
7. Kimber Ultra Carry II pistol CAL:45 SN: KU61751 (19-ATF-014277),
8. Ruger Blackhawk revolver CAL:357 SN: 34-48166 (19-ATF-014278),
9. Smith & Wesson 28 revolver CAL:357 SN: N174022 (19-ATF-014281),
10. Smith & Wesson 29 revolver CAL:44 SN: ACS3381 (19-ATF-014283),
11. Colt Government pistol CAL:40 SN: DS34607 (19-ATF-014284),
12. Smith & Wesson 642 revolver CAL:38 SN: DDZ2419 (19-ATF-014286),
13. Beretta USA Corp APX Pistol CAL:9 SN: AX006006 (19-ATF-014290),
14. Kimber Aegis II pistol CAL:9 SN: KF51563 (19-ATF-014291),
15. Colt Officers ACP pistol CAL:45 SN: SF15781 (19-ATF-014292),
16. Smith & Wesson 66 revolver CAL:357 SN: CCY2310 (19-ATF-014293),
17. Smith & Wesson 29 revolver CAL:44 SN: N132074 (19-ATF-014294),
18. Smith & Wesson 351C Airlite revolver CAL:22 SN: CPL0277 (19-ATF-014295),
19. Smith & Wesson 27 revolver CAL:357 SN: N1955452 (19-ATF-014296),
20. Beretta USA Corp 943 pistol CAL:9 SN: BER731818 (19-ATF-014297),
21. Smith & Wesson 686 revolver CAL:357 SN: CXP1127 (19-ATF-014298),
22. Smith & Wesson 686 revolver CAL:357 SN: CBK2828 (19-ATF-014299),
23. Smith & Wesson 329PD revolver CAL:44 SN: CYF2769 (19-ATF-014300),
24. Ruger SR1911 pistol CAL:9 SN: 672-64580 (19-ATF-014301),
25. Smith & Wesson 340 revolver CAL:357 SN: DBR0058 (19-ATF-014302),
26. Kimber Super Carry Pro pistol CAL:45 SN: KR192166 (19-ATF-014303),
27. Smith & Wesson 686 revolver CAL:357 SN: CYS7281 (19-ATF-014304),
28. Colt Lawman MKIII revolver CAL:357 SN: L33291 (19-ATF-014305),
29. Springfield Armory compact pistol CAL:9 SN: 137307 (19-ATF-014306),
30. Smith & Wesson 60 revolver CAL:357 SN: CPT5116 (19-ATF-014307),
31. Smith & Wesson 57 revolver CAL:41 SN: CJF1748 (19-ATF-014308),
32. Smith & Wesson 629 revolver CAL:44 SN: AEA2777 (19-ATF-014309),
33. Browning Black Label 1911-380 Pistol CAL:380 SN: 51HZW01592 (19-ATF-014310),
34. Smith & Wesson 686 revolver CAL:357 SN: CZP5274 (19-ATF-014311),
35. Springfield Armory, Geneseo IL micro compact pistol CAL:45 SN: WW60292 (19-ATF-014312),
36. Browning unknown pistol CAL: unknown SN: 16082P2 (19-ATF-014313),
37. Kimber Stainless Target pistol CAL:45 SN: K600386 (19-ATF-014314),
38. Remington Arms 1911R1 pistol CAL:45 SN: RHN49820A (19-ATF-014315),
39. Smith & Wesson 586 revolver CAL:357 SN: DDJ6539 (19-ATF-014317),
40. Smith & Wesson 586 revolver CAL:357 SN: BHV4325 (19-ATF-014318),
41. Smith & Wesson 1911 pistol CAL:.45 auto SN: UCF3434 (19-ATF-014319),
42. Ruger SP101 revolver CAL:327 SN: 576-45476 (19-ATF-014320),
43. Sig Sauer (Sig-Arms) P226 pistol CAL:40 SN: UU631793 (19-ATF-014321),
44. Smith & Wesson 686 revolver CAL:357 SN: DEE4798 (19-ATF-014322),
45. Colt government pistol CAL:38 SN: 38SS10332 (19-ATF-014323),
46. Smith & Wesson 460 revolver CAL:460 SN: CYW1585 (19-ATF-014324),
47. Para USA, Inc expert pistol CAL:9 SN: K062424 (19-ATF-014325),
48. CZ (Ceska Zbrojovka) CZ P-07 pistol Cal: 9 SN: C446887 (19-ATF-014326),
49. Smith & Wesson 986 revolver CAL:9 SN: CYD3893 (19-ATF-014329),

Final Order of Forfeiture

50. Rock Island Armory (Geneseo, IL) 1911A1 pistol CAL:45 SN: RIA2011843 (19-ATF-014330),
51. Smith & Wesson 27 revolver CAL:357 SN: N491490 (19-ATF-014331),
52. Smith & Wesson 57 revolver CAL:41 SN: AVF5977 (19-ATF-014334),
53. Ruger American rimfire rifle CAL:22 SN: 832-26448 (19-ATF-014335),
54. Smith & Wesson 14 revolver CAL:38 SN: 16K3540 (19-ATF-014336),
55. Smith & Wesson 12 revolver CAL:38 SN: 16D9630 (19-ATF-014338),
56. Smith & Wesson 638 revolver CAL:38 SN: CEY6326 (19-ATF-014340),
57. Smith & Wesson 29 revolver CAL:44 SN: DAH6033 (19-ATF-014342),
58. Smith & Wesson 19 revolver CAL:357 SN: 7K44913 (19-ATF-014343),
59. Smith & Wesson 642 revolver CAL:38 SN: CVM4265 (19-ATF-014345),
60. Ruger LCR revolver CAL:327 SN: 545-43109 (19-ATF-014346),
61. Smith & Wesson 586 revolver CAL:357 SN: AAC5405 (19-ATF-014348),
62. Smith & Wesson 19 revolver CAL:357 SN: 77025 (19-ATF-014350),
63. Ruger PC9 rifle CAL:9 SN: 910-21769 (19-ATF-014351),
64. Marlin Firearms Co. 1895G rifle CAL:45-70 SN: 99024360 (19-ATF-014352),
65. Springfield Armory, Geneseo IL M1A rifle CAL:308 SN: 282309 (19-ATF-014355),
66. Ruger M77 Mark II rifle CAL:270 SN: 791-33796 (19-ATF-014356),
67. Smith & Wesson 19 revolver CAL:357 SN: AUL9725 (19-ATF-014358),
68. Smith & Wesson 27 revolver CAL:357 SN: N117366 (19-ATF-014360),
69. Sig Sauer (sig-arms) 1911 pistol CAL:45 SN: 54B024045 (19-ATF-014362),
70. Smith & Wesson 29 revolver CAL:44 SN: N668362 (19-ATF-014363),
71. Smith & Wesson 17 revolver CAL:22 SN: AFZ5195 (19-ATF-014364),
72. Smith & Wesson 65 revolver CAL:357 SN: CFN5498 (19-ATF-014366),
73. Smith & Wesson 27 revolver CAL:357 SN: N460965 (19-ATF-014367),
74. Smith & Wesson 19 revolver CAL:357 SN: 64K0041 (19-ATF-014369),
75. Springfield Armory, Geneseo, IL V-16 longslide pistol CAL:45 SN: N394701 (19-ATF-014370),
76. Smith & Wesson 19 revolver CAL:357 SN: 1K36792 (19-ATF-014371),
77. Smith & Wesson 36 revolver CAL:38 SN: 469167 (19-ATF-014373),
78. Smith & Wesson 629 revolver CAL:44 SN: AVN4475 (19-ATF-014375),
79. Smith & Wesson 625 revolver CAL:45 SN: CVB8424 (19-ATF-014376),
80. Smith & Wesson 66 revolver CAL:357 SN: DBF6307 (19-ATF-014378),
81. Smith & Wesson 28 revolver CAL:357 SN: N213570 (19-ATF-014381),
82. Smith & Wesson 58 revolver CAL:41 SN: S312753 (19-ATF-014384),
83. Smith & Wesson 19 revolver CAL:357 SN: AUS8399 (19-ATF-014385),
84. Smith & Wesson 627 revolver CAL:357 SN: CTY2746 (19-ATF-014387),
85. Ruger 30 SPL revolver CAL:30 SN: 543-61736 (19-ATF-014393),
86. Rock River Arms 1911 pistol CAL:38 SN: RIA1788286 (19-ATF-014396),
87. Springfield Armory Champion pistol CAL:45 SN: LW156924 (19-ATF-014403),
88. Glock 17 pistol CAL:9 SN: BFVE340 (19-ATF-014406),
89. Smith & Wesson 629 revolver CAL:44 SN: DCN3736 (19-ATF-014408),
90. Henry Repeating Rifle Company H002 US Survival rifle CAL:22 SN: US001267 (19-ATF-014411),
91. Smith & Wesson 18 revolver CAL:.357 SN: K777204 (19-ATF-014421),
92. Smith & Wesson 42 revolver CAL:38 SN: 19999 (19-ATF-014422),
93. Smith & Wesson 19 revolver CAL:357 SN: 14K7191 (19-ATF-014424),
94. Smith & Wesson M&P 45 pistol CAL:45 SN: HWL4341 (19-ATF-014425),
95. Smith & Wesson M&P 9 pistol CAL:9 SN: HDH3898 (19-ATF-014432),
96. Smith & Wesson 57 revolver CAL:41 SN: N615479 (19-ATF-014435),
97. Heckler & Koch Inc. VP40 pistol CAL:40 SN: 222-016018 (19-ATF-014436),
98. Ruger LC9 pistol CAL:9 SN: 320-16095 (19-ATF-014444),
99. Heckler & Koch, Inc VP9 pistol CAL:9 SN: 224-200976 (19-ATF-014450),
100. Heckler & Koch Inc. VP9 pistol CAL:9 SN: 232-001326 (19-ATF-014453),
101. CZ (Ceska Zbrojovka) CZ P-10 C pistol CAL:9 SN: C249973 (19-ATF-014457),
102. Heckler & Koch Inc. VP9 pistol CAL:9 SN: 224-192080 (19-ATF-014458),
103. Walther CCP pistol CAL:9 SN: WK069560 (19-ATF-014459),

104. Walther PPS pistol CAL:9 SN: A09407 (19-ATF-014460),
105. Smith & Wesson M&P 40 pistol CAL:40 SN: HRU9822 (19-ATF-014463),
106. Smith & Wesson M&P 45 shield pistol CAL:45 SN: HDM3662 (19-ATF-014465),
107. Smith & Wesson M&P 9 pistol CAL:9 SN: HXS1222 (19-ATF-014467),
108. Smith & Wesson 13 revolver CAL:357 SN: D961599 (19-ATF-014469),
109. Sig Sauer (Sig-Arms) SP2022 pistol CAL:9 SN: 24B230087 (19-ATF-014470),
110. Bersa Thunder 380 pistol CAL:380 SN: 993944 (19-ATF-014474),
111. Ruger Security Six revolver CAL:357 SN: 157-36061 (19-ATF-014475),
112. Ruger Security Six revolver CAL:357 SN: 154-28683 (19-ATF-014477),
113. Ruger Security Six revolver CAL:357 SN: 158-32834 (19-ATF-014478),
114. Springfield Armory, Geneseo IL champion pistol CAL:9mm SN: LW143976 (19-ATF-014479),
115. Beretta USA Corp 855PS Cheetah pistol CAL:9 SN: F43953Y (19-ATF-014480),
116. Smith & Wesson 18 revolver CAL:357 SN: 2K6764 (19-ATF-014481),
117. Smith & Wesson 66 revolver CAL:357 SN: 83564 (19-ATF-014482),
118. Smith & Wesson 627 revolver CAL:357 SN: CZN4037 (19-ATF-014483),
119. Smith & Wesson 10 revolver CAL:38 SN: C539236 (19-ATF-014484),
120. Smith & Wesson 15 revolver CAL:38 SN: 1K68000 (19-ATF-014486),
121. Smith & Wesson 686 revolver CAL:357 SN: DDA2025 (19-ATF-014489),
122. Smith & Wesson 625 revolver CAL:45 SN: BEP9539 (19-ATF-014491),
123. Smith & Wesson 21 revolver CAL:44 SN: TRS1911 (19-ATF-014492),
124. Ruger SR1911 pistol CAL:10 SN: 672-90014 (19-ATF-014494),
125. Kimber stainless Target II pistol CAL:38 SN: KF07857 (19-ATF-014496),
126. Smith & Wesson M&P 380 shield pistol CAL:38 super SN: NCH7028 (19-ATF-014497),
127. Ruger Blackhawk revolver CAL:41 SN: 41-29549 (19-ATF-014500),
128. Kimber custom TLE II pistol CAL:45 SN: K389733 (19-ATF-014501),
129. Smith & Wesson 16 revolver CAL:.38 SN: 13K7220 (19-ATF-014503),
130. Smith & Wesson 15 revolver CAL:38 SN: ABA6798 (19-ATF-014504),
131. Smith & Wesson 686 revolver CAL:357 SN: AWL3318 (19-ATF-014505),
132. Ruger single six revolver CAL:17 SN: 266-08971 (19-ATF-014507),
133. Kimber Ultra CDP II pistol CAL:45 SN: KU20120 (19-ATF-014510),
134. Ruger Blackhawk revolver CAL:41 SN: 38-46888 (19-ATF-014511),
135. Kimber Onyx Ultra II pistol CAL:9 SN: KXU2588 (19-ATF-014513),
136. Ruger Blackhawk revolver CAL:45 SN: 520-28135 (19-ATF-014514),
137. Kimber Custom Covert II pistol CAL:45 SN: K451153 (19-ATF-014516),
138. Sig Sauer (Sig-Arms) 1911 pistol CAL:.357 SN: 54B105276 (19-ATF-014517),
139. Kimber ULT Crimson Carry II pistol CAL:45 SN: KU139780 (19-ATF-014518),
140. Ruger Blackhawk revolver CAL:44 SN: 520-18497 (19-ATF-014519),
141. Ruger Blackhawk revolver CAL:357 SN: 38-67311 (19-ATF-014523),
142. Kimber Raptor II pistol CAL:45 SN: K169886 (19-ATF-014524),
143. Kimber PRO CDP II pistol CAL:45 SN: KR57501 (19-ATF-014527),
144. Kimber Pro Carry HD II pistol CAL:38 SN: KRF5673 (19-ATF-014531),
145. Kimber Master Carry Custom pistol CAL:45 SN: K528584 (19-ATF-014534),
146. Chinese SKS rifle CAL:762 SN: 1610192 (19-ATF-014536),
147. Palmetto State Armory PA-10 rifle CAL: multi SN: PF003585 (19-ATF-014537),
148. Springfield Armory, Geneseo IL M1 rifle CAL:30 SN: 5382700 (19-ATF-014538),
149. Springfield Armory, Geneseo IL M1 rifle CAL:30 SN: 1888095 (19-ATF-014539),
150. Smith & Wesson 629 revolver CAL:44 SN: N912787 (19-ATF-014540),
151. Smith & Wesson M&P 9 pistol CAL:9 SN: MRK9556 (19-ATF-014541),
152. Smith & Wesson 629 revolver CAL:44 SN: B0Z7384 (19-ATF-014542),
153. Sig Sauer (Sig-Arms) 1911 pistol CAL:40 SN: 54B019468 (19-ATF-014543),
154. Smith & Wesson 67 revolver CAL:38 SN: 258K842 (19-ATF-014544),
155. Smith & Wesson 63 revolver CAL:22 SN: M105184 (19-ATF-014545),
156. Smith & Wesson 58 revolver CAL:41 SN: N260666 (19-ATF-014546),
157. Smith & Wesson 586 revolver CAL:357 SN: ADN6731 (19-ATF-014547),
158. Smith & Wesson 28 revolver CAL:357 SN: N573121 (19-ATF-014548),

159. Smith & Wesson 60 revolver CAL:357 SN: CHE0107 (19-ATF-014549),
160. Kimber Desert Warrior pistol CAL:45 SN: K492154 (19-ATF-014550),
161. Kimber Stainless Ultra TLE II pistol CAL:45 SN: KU258311 (19-ATF-014641),
162. Kimber Stainless II pistol CAL:45 SN: K523020 (19-ATF-014642),
163. Kimber ULT Crimson Carry II pistol CAL:45 SN: KU128714 (19-ATF-014643),
164. Kimber Stainless Target II pistol CAL:10 SN: KF10002 (19-ATF-014644),
165. Sig Sauer (Sig-Arms) 1911 pistol CAL:45 SN: 54A027509 (19-ATF-014645),
166. Kimber Ultra Carry II pistol CAL:45 SN: KU264313 (19-ATF-014646),
167. Sig Sauer P938 pistol CAL:9 SN: 52B032715 (19-ATF-014647),
168. Kimber Custom II pistol CAL:45 SN: K507878 (19-ATF-014650),
169. Kimber Stainless Target II pistol CAL:9 SN: KF17643 (19-ATF-014652),
170. Sig Sauer 1911 pistol CAL:38 SN: 54B122856 (19-ATF-014654),
171. Smith & Wesson M&P 9 pistol CAL:9 SN: HTB1807 (19-ATF-014655),
172. Sig Sauer 1911 pistol CAL:45 SN: 54A066210 (19-ATF-014657),
173. Sig Sauer 1911 pistol CAL:45 SN: 54B055680 (19-ATF-014658),
174. Kimber Super Carry Custom pistol CAL:45 SN: K304652 (19-ATF-014660),
175. Sig Sauer 1911 pistol CAL:45 SN: 54B075563 (19-ATF-014662),
176. Sig Sauer P938 pistol CAL:9 SN: 52B170761 (19-ATF-014664),
177. CZ USA 755P-01 pistol CAL:9 SN: B910254 (19-ATF-014671),
178. Kimber Stainless Pro Carry II pistol CAL:45 SN: KR58006 (19-ATF-014673),
179. Kimber Pro Carry II pistol CAL:45 SN: KR239704 (19-ATF-014675),
180. Sig Sauer 1911 pistol CAL:45 SN: 54B112609 (19-ATF-014676),
181. Smith & Wesson 66 revolver CAL:357 SN: AET7299 (19-ATF-014677),
182. CZ USA SP-01 Phantom pistol CAL:9 SN: B911669 (19-ATF-014681),
183. Sig Sauer GSR 1911 pistol CAL:45 SN: GS08451 (19-ATF-014682),
184. Armscor of the Philippines (Squires Bingham) M1911-A1 FS pistol CAL:45 SN: RIA1569925 (19-ATF-014683),
185. Armscor of the Philippines (Squires Bingham) A380 baby rock pistol CAL:380 SN: RIA1703678 (19-ATF-014684),
186. Sig Sauer GSR 1911 pistol CAL:45 SN: GS15622 (19-ATF-014685),
187. Sig Sauer 1911 pistol CAL:45 SN: GS36113 (19-ATF-014687),
188. Sig Sauer 1911 pistol CAL:45 SN: GS60365 (19-ATF-014689),
189. Kimber Stainless II pistol CAL:45 SN: K482247 (19-ATF-014690),
190. Beretta USA Corp 950 BS pistol CAL:25 SN: BU24331V (19-ATF-014691),
191. Kimber Rimfire Target pistol CAL:22 SN: K303183 (19-ATF-014692),
192. Beretta USA Corp 3032 Tomcat pistol CAL:32 SN: DAA337535 (19-ATF-014694),
193. Taurus International PT22 pistol CAL:22 SN: ASL96490 (19-ATF-014695),
194. Ruger SR1911 pistol CAL:45 SN: 671-50388 (19-ATF-014696),
195. Ruger Mark II pistol CAL:22 SN: 225-17578 (19-ATF-014698),
196. Keltec, CNC Industries Inc. PMR-30 pistol CAL:22 SN: WZM48 (19-ATF-014699),
197. Keltec, CNC Industries Inc. P32 pistol CAL:32 SN: 113778 (19-ATF-014700),
198. Armscor of the Philippines 1911A1 pistol CAL:40 SN: RIA1589577 (19-ATF-014704),
199. Armscor of the Philippines M1911-A1 CS pistol CAL:45 SN: RIA1750083 (19-ATF-014706),
200. Wesson Arms Eco pistol CAL:9 SN: 1407659 (19-ATF-014707),
201. Heckler & Koch Inc. USP40 pistol CAL:40 SN: 26-079659 (19-ATF-014718),
202. Armscor of the Philippines (Squires Bingham) M1911-A1 FS Tctl II pistol CAL:9 SN: RIA1573060 (19-ATF-014721),
203. Kimber Pro Carry II pistol CAL:9 SN: KRF11273 (19-ATF-014724),
204. F.N. (FN Herstal) five-seven pistol CAL:57 SN: 386264951 (19-ATF-014725),
205. Sig Sauer 1911 pistol CAL:45 SN: 54A058359 (19-ATF-014726),
206. Springfield Firearms Corp V10 ultra compact pistol CAL:45 auto SN: N377346 (19-ATF-014728),
207. Springfield Armory, Geneseo IL. 1911A1 pistol CAL:45 SN: N406469 (19-ATF-014729),
208. Smith & Wesson SW1911SC pistol CAL:45 SN: UCU5446 (19-ATF-014730),
209. CZ (Ceska Zbrojovka) CZ P-09 pistol CAL:9 SN: B632201 (19-ATF-014731),

210. Springfield Armory, Geneseo IL EMP4 pistol CAL:40 SN: EMP46625 (19-ATF-014733),
211. Kimber Stainless Ultra Carry II pistol CAL:45 SN: KU60695 (19-ATF-014734),
212. Springfield Armory, Geneseo IL EMP pistol CAL:9 SN: EMP970 (19-ATF-014735),
213. Sig Sauer 1911 pistol CAL:45 SN: 54A007059 (19-ATF-014736),
214. Sig Sauer Mosquito pistol CAL:22 SN: F335719 (19-ATF-014740),
215. Kimber Custom II pistol CAL:9 SN: KF39722 (19-ATF-014742),
216. STI (Strayer Tripp Intl) Escort pistol CAL:45 SN: NE9317 (19-ATF-014747),
217. Smith & Wesson M&P 9 pistol CAL:9 SN: HDL3038 (19-ATF-014748),
218. Smith & Wesson 39 pistol CAL:9 SN: A204578 (19-ATF-014750),
219. Smith & Wesson 59 pistol CAL:9 SN: A334132 (19-ATF-014758),
220. Smith & Wesson 19 revolver CAL:357 SN: 4K43183 (19-ATF-014760),
221. Smith & Wesson 13 revolver CAL:357 SN: BHV8425 (19-ATF-014761),
222. Smith & Wesson 620 revolver CAL:357 SN: CJU5733 (19-ATF-014762),
223. Smith & Wesson 66 revolver CAL:357 SN: 7K54582 (19-ATF-014765),
224. Smith & Wesson 657 revolver CAL:41 SN: CDJ3914 (19-ATF-014766),
225. Smith & Wesson 57 revolver CAL:41 SN: N916933 (19-ATF-014767),
226. Uberti 1873 revolver CAL:45 SN: U78780 (19-ATF-014768),
227. Smith & Wesson 66 revolver CAL:357 SN: BBJ9059 (19-ATF-014769),
228. Smith & Wesson 36 revolver CAL:38 SN: J98584 (19-ATF-014770),
229. Smith & Wesson 28 revolver CAL:357 SN: S201880 (19-ATF-014771),
230. Kimber Stainless ULT Carry pistol CAL:40 SN: KUF1123 (19-ATF-014772),
231. Sig Sauer P226 Pistol CAL:9 SN: 47A054345 (19-ATF-014773),
232. Kimber Stainless Pro Carry II pistol CAL:45 SN: KR111967 (19-ATF-014774),
233. Kimber Pro Carry II pistol CAL:45 SN: KR127224 (19-ATF-014775),
234. Sig Sauer 1911 pistol CAL:45 SN: 54B120108 (19-ATF-014776),
235. CZ (Ceska Zbrojovka) CZ P-07 pistol CAL:9 SN: B921271 (19-ATF-014777),
236. Ruger Gunsite Scout rifle CAL:308 SN: 680-54971 (19-ATF-014778),
237. Smith & Wesson 386 Night Guard revolver CAL:357 SN: CMX4721 (19-ATF-014779),
238. Smith & Wesson 58 revolver CAL:41 SN: 73252 (19-ATF-014780),
239. Smith & Wesson 586 revolver CAL:357 SN: AUZ8289 (19-ATF-014781),
240. Smith & Wesson 27 revolver CAL:357 SN: N166595 (19-ATF-014782),
241. Ruger Mini 14 Ranch rifle CAL:223 SN: 196-36322 (19-ATF-014783),
242. Smith & Wesson 18 revolver CAL:22 SN: 2K49859 (19-ATF-014785),
243. Ruger Mini 30 rifle CAL:762 SN: 189-55782 (19-ATF-014786),
244. Smith & Wesson 27 revolver CAL:357 SN: BDS1881 (19-ATF-014787),
245. Smith & Wesson 686 revolver CAL:357 SN: DCD2224 (19-ATF-014789),
246. Ruger American rifle CAL:300 SN: 694-58863 (19-ATF-014790),
247. Ruger single seven revolver CAL:327 SN: 816-05029 (19-ATF-014792),
248. Smith & Wesson 657 revolver CAL:41 SN: BJC8335 (19-ATF-014794),
249. Smith & Wesson M&P 45 pistol CAL:45 SN: MPR2465 (19-ATF-014795),
250. Smith & Wesson 1917 revolver CAL:45 SN: S8212 (19-ATF-014796),
251. Smith & Wesson 25 revolver CAL:45 SN: N614079 (19-ATF-014797),
252. Smith & Wesson 27 revolver CAL:357 SN: 187711 (19-ATF-014801),
253. Smith & Wesson 25 revolver CAL:45 SN: N842991 (19-ATF-014803),
254. Ruger redhawk revolver CAL:357 SN: 501-24811 (19-ATF-014804),
255. Ruger single six revolver CAL:22 SN: 188731 (19-ATF-014805),
256. Ruger Redhawk revolver CAL:44 SN: 502-80132 (19-ATF-014806),
257. Smith & Wesson 25 revolver CAL:45 SN: N735678 (19-ATF-014807),
258. Springfield Armory, Geneseo IL 1911A1 pistol CAL:9 SN: NM433724 (19-ATF-014809),
259. Colt MKIV pistol CAL:45 SN: 70B26310 (19-ATF-014812),
260. Smith & Wesson SW1911 pistol CAL:45 SN: UCZ7006 (19-ATF-014813),
261. Ruger Blackhawk revolver CAL:41 SN: 48-28080 (19-ATF-014814),
262. Smith & Wesson 60 revolver CAL:357 SN: CHU2251 (19-ATF-014815),
263. Smith & Wesson 36 revolver CAL:38 SN: 511173 (19-ATF-014816),
264. Wesson Arms Co Bobtail pistol CAL:45 SN: C0162CZ (19-ATF-014818),

265. Stag Arms Stag-15 rifle CAL:556 SN: 84635 (19-ATF-014884),
266. Auto Ordnance West Hurley, NY Thompson 1927A rifle CAL:45 SN: KA5762 (19-ATF-014888),
267. Ruger 22/45 pistol CAL:22 SN: 223-12315 (19-ATF-014889),
268. Ruger Redhawk revolver CAL:45 SN: 502-48550 (19-ATF-014892),
269. Glock, Inc 21 pistol CAL:45 SN: UTT843 (19-ATF-014893),
270. Ruger security six revolver CAL:357 SN: 156-97172 (19-ATF-014897),
271. Glock, Inc. 19 pistol CAL:9 SN: EBM400US (19-ATF-014899),
272. Glock, Inc. 17Gen4 pistol CAL:9 SN: BAZW079 (19-ATF-014903),
273. U.S.A. Military Surplus M1 Carbine rifle CAL:30 SN: 387571 (19-ATF-014905),
274. Ruger M77 rifle CAL:257 SN: 77-57037 (19-ATF-014908),
275. Remington Arms Company, Inc. 870 express super mg shotgun CAL:12 SN: C252020A (19-ATF-014911),
276. U.S.A. Military Surplus M1 Carbine rifle CAL:30 SN: 4115538 (19-ATF-014912),
277. U.S.A. Military Surplus M1 carbine rifle CAL:30 SN: 773805 (19-ATF-014913),
278. Russian Mosin Nagant rifle CAL:762 SN: 82920 (19-ATF-014914),
279. Browning A-bolt rifle CAL:223 SN: 07389MR351 (19-ATF-014915),
280. Smith & Wesson M&P 15 rifle CAL:556 SN: 86254 (19-ATF-014918),
281. Browning A-Bolt rifle CAL:300 SN: 34403NM717 (19-ATF-014919),
282. Ruger single six revolver CAL:32 SN: 650-11130 (19-ATF-014920),
283. Ruger Security six revolver CAL:357 SN: 155-23821 (19-ATF-014921),
284. Ruger Security six revolver CAL:357 SN: 150-45723 (19-ATF-014922),
285. Ruger Blackhawk revolver CAL:45 SN: 48-23124 (19-ATF-014928),
286. Ruger single six revolver CAL:32 SN: 650-39325 (19-ATF-014929),
287. STI (Strayer Tripp Intl) Lawman 5.0 pistol CAL:45 SN: NC3336 (19-ATF-014930),
288. Smith & Wesson 638 revolver CAL:38 SN: CLV2275 (19-ATF-014931),
289. Smith & Wesson 12 revolver CAL:38 SN: 240776 (19-ATF-014932),
290. Smith & Wesson 36 revolver CAL:38 SN: 45J468 (19-ATF-014934),
291. Smith & Wesson 17 revolver CAL:22 SN: 3K26727 (19-ATF-014935),
292. Smith & Wesson 10 revolver CAL:38 SN: BKN4495 (19-ATF-014937),
293. Smith & Wesson 29 revolver CAL:44 SN: N817397 (19-ATF-014943),
294. Smith & Wesson 15 revolver CAL:38 SN: K769474 (19-ATF-014945),
295. Ruger Blackhawk revolver CAL:45 SN: 38-79704 (19-ATF-014955),
296. Rock island Armory Inc. unknown pistol CAL:10 SN: RIA1543091 (19-ATF-014958),
297. Kimber Custom II pistol CAL:10 SN: KF63420 (19-ATF-014961),
298. Walther PPK/S pistol CAL:9 SN: S056687 (19-ATF-014963),
299. Smith & Wesson Governor revolver CAL:45/410 SN: DKX8505 (19-ATF-014964),
300. Smith & Wesson 329PD revolver CAL:44 SN: DCE9759 (19-ATF-014965),
301. Smith & Wesson 16 revolver CAL:32 SN: BE0808 (19-ATF-014966),
302. Smith & Wesson 57 revolver CAL:41 SN: N943094 (19-ATF-014967),
303. Smith & Wesson 17 revolver CAL:22 SN: BEB5510 (19-ATF-014968),
304. Smith & Wesson 657 revolver CAL:41 SN: AUW3413 (19-ATF-014969),
305. Smith & Wesson 19 revolver CAL:357 SN: DKW3322 (19-ATF-014970),
306. Smith & Wesson 24 revolver CAL:44 SN: CTH4189 (19-ATF-014971),
307. Smith & Wesson 29 revolver CAL:44 SN: N480987 (19-ATF-014973),
308. Smith & Wesson 29 revolver CAL:44 SN: AEE4912 (19-ATF-014975),
309. Glock GMBH 26 pistol CAL:9 SN: BFTG023 (19-ATF-014976),
310. Glock GMBH 19 pistol CAL:9 SN: BGNL863 (19-ATF-014977),
311. Kimber Ultra CDP pistol CAL:45 SN: KU318728 (19-ATF-014978),
312. Sig Sauer P365 pistol CAL:9 SN: 66A317729 (19-ATF-014979),
313. Armscor of the Philippines (Squires Bingham) M1911-A1 FS Tctl II FS pistol CAL:10 SN: RIA1633866 (19-ATF-014980),
314. Ruger Vaquero revolver CAL:45 SN: 58-31224 (19-ATF-014981),
315. Colt Government pistol CAL:45 SN: CV41036 (19-ATF-014982),
316. Smith & Wesson 610 revolver CAL:10 SN: CCM2314 (19-ATF-014983),

317. Smith & Wesson 442 revolver CAL:38 SN: CMJ1421 (19-ATF-014984),
318. Remington Arms Company Inc. 1911R1 pistol CAL:45 SN: RHN78910A (19-ATF-014986),
319. Ruger Blackhawk revolver CAL:357 SN: 36-53700 (19-ATF-014987),
320. Smith & Wesson 4013 pistol CAL:40 SN: TYS9702 (19-ATF-014988),
321. Sig Sauer 1911 pistol CAL:10 SN: 54E002088 (19-ATF-014989),
322. Henry Repeating Rifle Company H006 big boy rifle CAL:44 SN: BB0093097 (19-ATF-014990),
323. Kimber Micro Carry STS pistol CAL:380 SN: T0022590 (19-ATF-014991),
324. Marlin Firearms Co 1894 rifle CAL:44 SN: 98010052 (19-ATF-014992),
325. Smith & Wesson 57 revolver CAL:41 SN: N942810 (19-ATF-014993),
326. Henry Repeating Rifle Company unknown rifle CAL:17 SN: 4BESTDADINDE (19-ATF-014995),
327. Marlin Firearms Co 1894 CB rifle CAL:45 SN: 03024206 (19-ATF-014996),
328. Ruger American Rimfire rifle CAL:22 SN: 830-42614 (19-ATF-014997),
329. Ithaca Gun Co 37 featherlight shotgun CAL:12 SN: 1042488 (19-ATF-014998),
330. Marlin Firearms Co 1895 rifle CAL:45-70 SN: 99057281 (19-ATF-014999),
331. Remington Arms Company, Inc. 870 shotgun CAL:12 SN: B510712M (19-ATF-015001),
332. Savage A17 rifle CAL:17 SN: K281168 (19-ATF-015004),
333. Winchester 1894 rifle CAL:30-30 SN: LF06234 (19-ATF-015005),
334. Palmetto State Armory PSAK47 rifle CAL:762 SN: AKB011791 (19-ATF-015006),
335. Winchester 94 rifle CAL:38-55 SN: CCH17334 (19-ATF-015007),
336. Marlin Firearms Co. 336 rifle CAL:30-30 SN: 19015742 (19-ATF-015008),
337. Remington Arms Company 870 shotgun CAL:410 SN: RS39302F (19-ATF-015009),
338. Savage 311 shotgun CAL:12 SN: D794447 (19-ATF-015010),
339. Sig Sauer P220 pistol CAL:45 SN: G250572 (19-ATF-015011),
340. Henry Repeating Rifle Company unknown rifle CAL:30-30 SN: TT003303N (19-ATF-015012),
341. Kimber Ultra Carry II pistol CAL:45 SN: KU29237 (19-ATF-015013),
342. Sig Sauer P220 pistol CAL:45 SN: 37B060844 (19-ATF-015014),
343. Smith & Wesson 625 revolver CAL:45 SN: CFE0020 (19-ATF-015015),
344. Smith & Wesson M&P40 pistol CAL:40 SN: HRV5637 (19-ATF-015016),
345. Henry Repeating Rifle Company unknown rifle CAL:22 SN: 4DADCT2011 (19-ATF-015017),
346. Beretta USA Corp M9 pistol CAL:9 SN: M9-206760 (19-ATF-015018),
347. Henry Repeating Rifle Company unknown rifle CAL:22 SN: 2BESTDADINAK (19-ATF-015019),
348. Kimber Custom pistol CAL:45 SN: K606728 (19-ATF-015020),
349. Henry Repeating Rifle Company H006 Big Boy rifle CAL:45 SN: BB0032969C (19-ATF-015021),
350. Sig Sauer P229 Elite pistol CAL:9 SN: 55E007205 (19-ATF-015022),
351. Sig Sauer SP2022 pistol CAL:9 SN: 24B367051 (19-ATF-015023),
352. Sig Sauer P365 pistol CAL:9 SN: 66A289572 (19-ATF-015024),
353. Kimber Micro 9 pistol CAL:9 SN: PB0168409 (19-ATF-015025),
354. Beretta USA Corp 92FS pistol CAL:9 SN: H45970Z (19-ATF-015026),
355. Smith & Wesson Highway Patrolman revolver CAL:357 SN: N201747 (19-ATF-015027),
356. Marlin Firearms Co 1894CB rifle CAL:357 SN: 01002082 (19-ATF-015028),
357. Henry Repeating Rifle Company H006 big boy rifle CAL:357 SN: BB0012905M (19-ATF-015029),
358. Heckler & Koch Inc. VP9 pistol CAL:9 SN: 224-176443 (19-ATF-015142),
359. Heckler & Koch Inc. HK45 pistol CAL:45 SN: 126-069121 (19-ATF-015144),
360. CZ (Ceska Zbrojovka) CZ97 pistol CAL:45 SN: C585040 (19-ATF-015145),
361. CZ (Ceska Zbrojovka) CZ75 pistol CAL:9 SN: B977220 (19-ATF-015147),
362. Walther P99 pistol CAL:9 SN: FBA4198 (19-ATF-015149),
363. Kimber Eclipse Target II pistol CAL:38 SN: KF49117 (19-ATF-015150),
364. Smith & Wesson 686 revolver CAL:357 SN: DKJ8124 (19-ATF-015152),
365. Smith & Wesson 29 revolver CAL:44 SN: ADY8592 (19-ATF-015154),
366. Remington Arms Company, Inc 770 rifle CAL:30-06 SN: 71390307 (19-ATF-015156),

Final Order of Forfeiture

367. Palmetto State Armory PA-10 rifle CAL:multi SN: PF046086 (19-ATF-015157),
368. Henry Repeating Rifle Company H006MS Big Boy rifle CAL:357 SN: BB00311M327 (19-ATF-015159),
369. Ruger 10/22 rifle CAL:22 SN: 352-28093 (19-ATF-015162),
370. Beretta USA Corp 92FS pistol CAL:9 SN: E24931Z (19-ATF-015165),
371. Savage B Mag rifle CAL:17 SN: J577441 (19-ATF-015166),
372. Kimber Aegis Elite Ultra pistol CAL:45 SN: KU339241 (19-ATF-015168),
373. Kimber Stainless Pro Carry II pistol CAL:45 SN: KR121149 (19-ATF-015172),
374. Kimber KHX Custom pistol CAL:45 SN: K610252 (19-ATF-015174),
375. Sig Sauer P6 pistol CAL:9 SN: M501034 (19-ATF-015176),
376. Walther PK380 pistol CAL:380 SN: WB050442 (19-ATF-015177),
377. Ruger American 17HMR rifle CAL:17 SN: 832-52168 (19-ATF-015178),
378. Ruger Single Seven revolver CAL:327 SN: 816-09023 (19-ATF-015183),
379. Ruger SP101 revolver CAL:327 SN: 576-80462 (19-ATF-015185),
380. Ruger American rifle CAL:6.5mm SN: 695-65947 (19-ATF-015186),
381. Ruger Single Six revolver CAL:32 SN: 650-40687 (19-ATF-015189),
382. Sig Sauer (Sig-Arms) Sig M400 rifle CAL:556 SN: 20C060767 (19-ATF-015193),
383. Ruger M77 rifle CAL:270 SN: 74-12152 (19-ATF-015194),
384. Remington Arms Company 870 shotgun CAL:12 SN: AB868593M (19-ATF-015195),
385. Henry Repeating Rifle Company H012M big boy steel rifle CAL:41 SN: BBS00762M41 (19-ATF-015197),
386. Sig Sauer P365 pistol CAL:9 SN: 66A214678 (19-ATF-015198),
387. Ruger Blackhawk revolver CAL:44 SN: 521-41222 (19-ATF-015201),
388. Remington Arms Company 870 shotgun CAL:20 SN: W520656U (19-ATF-015202),
389. Browning unknown shotgun CAL:12-gauge SN: 46530NM152 (19-ATF-015207),
390. Kimber Aegis Elite Custom pistol CAL:45 SN: K599747 (19-ATF-015208),
391. Kimber Ultra Carry II pistol CAL:45 SN: KU330311 (19-ATF-015210),
392. Kimber Stainless Target pistol CAL:10mm SN: KF53975 (19-ATF-015211),
393. Smith & Wesson 14 revolver CAL:38 SN: K644196 (19-ATF-015212),
394. Smith & Wesson 60 revolver CAL:38 SN: 65299 (19-ATF-015213),
395. Smith & Wesson 15 revolver CAL:38 SN: 3K15638 (19-ATF-015214),
396. Colt Government pistol CAL:38 SN: FR25204E (19-ATF-015215),
397. Sig-Sauer 1911 pistol CAL:45 SN: 54A014277 (19-ATF-015246),
398. Smith & Wesson 329PD revolver CAL:44 SN: CHV7633 (19-ATF-015247),
399. Smith & Wesson 69 revolver CAL:44 SN: CWW4827 (19-ATF-015248),
400. Smith & Wesson 57 revolver CAL:41 SN: N324886 (19-ATF-015249),
401. Smith & Wesson 27 revolver CAL:357 SN: N155239 (19-ATF-015250),
402. Smith & Wesson 10 revolver CAL:38 SN: 25193 (19-ATF-015251),
403. Ruger Redhawk revolver CAL:45 SN: 503-44777 (19-ATF-015252),
404. Smith & Wesson 432PD Airweight revolver CAL:32 SN: DAS1877 (19-ATF-015253),
405. Ruger Super Redhawk revolver CAL:10mm SN: 552-97629 (19-ATF-015254),
406. Smith & Wesson 57 revolver CAL:41 SN: AJW1258 (19-ATF-015255),
407. Ruger police service six revolver CAL:38 SN: 162-53966 (19-ATF-015256),
408. Heckler and Koch USP9 pistol CAL:9 SN: 24-119654 (19-ATF-015257),
409. Smith & Wesson M&P 9 pistol CAL:9 SN: HML5159 (19-ATF-015258),
410. Smith & Wesson unknown revolver CAL:38 SN: 244152 (19-ATF-015259),
411. Smith & Wesson 64 revolver CAL:38 SN: 42472 (19-ATF-015260),
412. Smith & Wesson 586 revolver CAL:357 SN: ACT5459 (19-ATF-015261),
413. Sig Sauer P365 pistol CAL:9 SN: 66A049942 (19-ATF-015262),
414. Ruger Police Service Six revolver CAL:357 SN: 157-72685 (19-ATF-015263),
415. Smith & Wesson 14 revolver CAL:38 SN: 94K1838 (19-ATF-015264),
416. Smith & Wesson 27 revolver CAL:357 SN: N830818 (19-ATF-015265),
417. Ruger single six revolver CAL:32 SN: 650-58170 (19-ATF-015266),
418. Smith & Wesson 27 revolver CAL:357 SN: N676305 (19-ATF-015267),
419. Smith & Wesson Governor revolver CAL:45/410 SN: CRM7442 (19-ATF-015268),

Final Order of Forfeiture

420. Kimber ultra raptor II pistol CAL:45 SN: KU118675 (19-ATF-015270),
421. Ruger single seven revolver CAL:327 SN: 816-08075 (19-ATF-015271),
422. Smith & Wesson K-38 revolver CAL:38 SN: 95128 (19-ATF-015272),
423. Sig-Sauer P228 pistol CAL:9 SN: B138344 (19-ATF-015273),
424. Smith & Wesson 57 revolver CAL:41 SN: N808027 (19-ATF-015274),
425. Smith & Wesson 686 revolver CAL:357 SN: CEB4532 (19-ATF-015275),
426. Smith & Wesson 645 pistol CAL:45 SN: TAT8481 (19-ATF-015276),
427. Smith & Wesson 686 revolver CAL:357 SN:DDF8574 (19-ATF-015277),
428. Beretta USA Corp 92FS pistol CAL:9 SN: BER482552 (19-ATF-015278),
429. Glock Inc. 22 pistol CAL:40 SN: TEY785 (19-ATF-015279),
430. Ruger 10/22 rifle CAL:22 SN:256-66144 (19-ATF-015280),
431. Smith & Wesson M&P 40 pistol CAL:40 SN: MPH1594 (19-ATF-015281),
432. Ruger Blackhawk revolver CAL:357 SN:521-36064 (19-ATF-015282),
433. Remington Arms Company 700 rifle CAL:308 SN: G6805875 (19-ATF-015283),
434. Kimber Micro 9 pistol CAL:9 SN: TB0011320 (19-ATF-015286),
435. Sig Sauer (Sig-Arms) P320 pistol CAL:9 SN:58B112637 (19-ATF-015299), and
436. Smith & Wesson 21 revolver CAL:44 SN: DAU3986 (19-ATF-017127).

**Exhibit B**
Notices Sent to Potential Third Parties[1]

| Person/Entity | Address | Date Sent | Date PS Form 3811 Signed/Notes (certified mail "green card" showing delivery of mail) |
|---|---|---|---|
| Laurence Michael Battaglia | Bowles Ln., Gardnerville, NV | 5/11/2021 | Returned to Sender 5/21/2021, attempted – not known, unable to forward |
| John Thomas Benjamin | Carlin St., Reno, NV | 5/11/2021 | Returned to Sender 6/10/2021, attempted – unable to forward - handwritten "Deceased 5/13/21 0312 KS" |
| Jeffrey Lewis Bordok | Winter Green Ct., Gardnerville, NV | 5/11/2021 | Returned to Sender 5/17/2021, not deliverable as addressed, unable to forward |
| Jeffrey Lewis Bordok | Sheridan Creek Ct., Gardnerville, NV | 5/21/2021 | 5/24/2021 signed by Jeffrey Lewis Bordok |
| Brett Michael Boukather | Laguna Pointe Way, Elk Grove, CA | 5/11/2021 | Returned to Sender 5/20/2021, insufficient address, unable to forward |
| Brett Michael Boukather | Rim View Circle, Auburn, CA | 9/3/2021 | 9/7/2021. Mr. Boukather contacted our office and said he sold the gun 5-6 years ago. |
| Daryl Todd Bunning | Rock Springs Dr., Las Vegas, NV | 5/11/2021 | Returned to Sender 5/17/2021, not deliverable as addressed, unable to forward |
| Daryl Todd Bunning | Franklin St., Bellevue, NE | 5/21/2021 | Delivered 5/24/2021 per USPS.com |
| Robert Gerard Campbell | E Hwy 50, Garden City, KS | 5/11/2021 | Returned to Sender 5/20/2021, not deliverable as addressed, unable to forward |
| Robert Gerard Campbell | W Maple St., Garden City, KS | 9/3/2021 | 9/8/2021. Mr. Campbell contacted our office and said his middle name is not Gerard. |
| Jason Lee Case | Gloria Way, Modesto, CA | 5/11/2021 | 5/13/2021 |
| Adam Dean Christiansen | NE 194th TE, Smithville, MO | 5/11/2021 | 5/14/2021. Mr. Christiansen contacted our office and said he sold the gun. |
| Eva Jean Collins | Grouse Way, Reno, NV | 5/11/2021 | 4/13/2021 signed by Eva Collins |
| James Loyal Cox | W 4th St., Reno, NV | 5/11/2021 | 5/13/2021 |
| Dean Anthony Dipietro | Fribourg Ln., Manteca, CA | 5/11/2021 | In Transit |
| Dean Anthony Dipietro | Fribourg Ln., Manteca, CA | 11/21/2022 | Returned to Sender 12/22/2022, unclaimed |
| David Joseph Duffield | Mobil Dr., Yerrington, NV | 5/11/2021 | 5/14/2021 signed by David J. Duffield |
| Patrick Christopher Duncan | Roundhouse Ln., Carson City, NV | 5/11/2021 | 5/14/2021 signed by Pat Duncan. Mr. Duncan contacted our office and said he sold gun to Osterhout. |
| Charles E Eacock | W Altadena Ave, Phoenix, AZ | 5/11/2021 | Returned to Sender 5/14/2021, attempted – not known, unable to forward. Deceased. |
| Lance Joel Eklund | Lakeside Dr., Reno, NV | 5/11/2021 | Returned to Sender 5/17/2021, attempted – not known, unable to forward |
| Lance Joel Eklund | Vista Favoloso, Reno, NV | 5/21/2021 | 5/24/2021 signed by Lance Eklund |
| Joshua Taylor Fetbrandt | Sky Vista Pkwy, Reno, NV | 5/11/2021 | Returned to Sender 6/21/2021, unclaimed |
| Raymond Willie Florence | Coventry Way, Reno, NV | 5/11/2021 | Returned to Sender 5/25/2021, not deliverable as addressed, unable to forward |
| Raymond Willie Florence | Viento Way, Reno, NV | 9/3/2021 | 9/9/2021 signed by Raymond Florence |
| Steven Kenneth Francis | David James, Blvd. Sparks, NV | 5/11/2021 | Returned to Sender 6/2/2021, unclaimed |
| David Andrew Frazee | Stillwater Dr., Dayton, NV | 5/11/2021 | 5/13/2021 signed by David Frazee |
| Samuel G. Garner | Countryside Ln., Humble, TX | 5/11/2021 | Returned to Sender 6/7/2021, not deliverable as addressed, unable to forward |
| Mitch Ernest Gerlinger | Union St., Sparks, NV | 5/11/2021 | Returned to Sender 8/12/2021, not deliverable as addressed, unable to forward |
| Mitch Ernest Gerlinger | Wild Horse Road, Reno, NV | 9/3/2021 | Returned to Sender 9/30/2021, unclaimed |
| Matthew Corey Gorges | W Gibson Ln., Goodyear, AZ | 5/11/2021 | Returned to Sender 5/19/2021, attempted – not known, unable to forward |
| Corey Matthew Gorges | W Purdue Ave, Peoria, AZ | 5/21/2021 | Returned to Sender 6/21/2021, unable to forward |
| Gabriel Filimon Gutierrez | Aries Pl., Lathrop, CA | 5/11/2021 | 5/13/2021 |
| Gary Walter Hall | Hospital Rd., Shurz, NV | 5/11/2021 | Returned to Sender 5/17/2021, insufficient address, unable to forward |
| Gary Walter Hall | P.O. Box, Shurz, NV | 5/21/2021 | 5/28/2021 signed by Gary Hall. Mr. Hall contacted our office and said he sold or traded the gun. |

---

[1] Full addresses are not listed due to privacy considerations.

| Name | Address | Date Sent | Status |
|---|---|---|---|
| George J. Havelaar | Buckeye Rd., Oakhurst, CA | 5/11/2021 | Returned to Sender 5/27/2021, attempted – not known, unable to forward. Deceased. |
| Bryan Derek Herndon | Keating Ln., Austin, TX | 5/11/2021 | 5/20/2021 |
| Frederick Karl Hohmann | Singing Palm Dr., Palm Desert, CA | 5/11/2021 | Returned to Sender 5/19/2021, insufficient address, unable to forward |
| Frederick Karl Hohmann | Glen Aire Ave, Riverside, CA | 9/3/2021 | 9/7/2021 signed by Frederick Hohmann |
| Randall Lyle Holmes | Ring Rd., Dayton, NV | 5/11/2021 | 5/13/2021 signed by Mike Holmes (father). Mr. Holmes contacted our office on behalf of his son to inquire about the notice Randall received. |
| James Boyd House | Marina Dr., Napa, CA | 5/11/2021 | Returned to Sender 6/4/2021, attempted – not known, unable to forward |
| James Boyd House | Fowler Ave, Clovis, CA | 9/3/2021 | Returned to Sender 9/16/2021, not deliverable as addressed, unable to forward |
| Derek J. Hunt | Rd 14 Northeast, Coulee City, WA | 9/3/2021 | signed by Derek Hunt |
| Henry Harold Johnson | Sharlands Ave, Mogul, NV | 5/11/2021 | Returned to Sender 6/3/2021, unclaimed |
| Michael David King | Kern St., Westley, CA | 5/11/2021 | Returned to Sender 5/26/2021, insufficient address, unable to forward |
| Michael David King | Mountain View Rd., Hughson, CA | 9/3/2021 | 9/21/2021 signed by Michael King |
| Thomas Matthew Klaric | Water Lily Court, Reno, NV | 9/3/2021 | In Transit |
| Thomas Matthew Klaric | Water Lily Court, Reno, NV | 11/21/2022 | Returned to Sender 11/28/22. Deceased stamped on returned envelope. |
| Christopher Ryan Klinger | Leonesio Dr., Sun Valley, NV | 5/11/2021 | Returned to Sender 5/14/2021, forward time expired |
| Christopher Ryan Klinger | P.O. Box, Sparks NV | 5/21/2021 | Returned to Sender 6/14/2021, unclaimed |
| Jamie Dawn Larsen | Tarrant St., Mansfield, TX | 5/11/2021 | Returned to Sender 6/1/2021, not deliverable as addressed, unable to forward |
| Jamie Dawn Larsen | Arbor Ave, Fort Worth, TX | 9/3/2021 | Delivered 9/8/2021 per USPS.com |
| Kellsie Marie Lartigue | E Breenbrae Dr., Sparks, NV | 5/1/2021 | Returned to Sender 6/4/2021, unclaimed |
| John Martin Leonard | 6th Ave, Menlo Park, CA | 5/1/2021 | Returned to Sender 5/26/2021, insufficient address, unable to forward. Deceased. |
| John Leslie Lorman II | N Rampart Blvd., Las Vegas, NV | 5/11/2021 | Returned to Sender 7/12/2021, attempted – not known, unable to forward |
| John Leslie Lorman II | Baring Blvd 220, Sparks, NV | 9/3/2021 | Returned to Sender 9/13/2021, undeliverable comm. mail, receiving agency not authorized to receive mail for this addressee |
| Charles Allen Maxwell | Frank Ave, Dos Palos, CA | 5/11/2021 | Returned to Sender 5/20/2021, attempted – not known, unable to forward |
| Charles Allen Maxwell | Maxwell Street, Dos Palos, CA | 9/3/2021 | Returned to Sender 9/14/2021, attempted – no such street, unable to forward |
| James David Mayo | N 46th St., Phoenix, AZ | 5/11/2021 | Delivered 5/14/2021 per USPS.com. Mr. Mayo contacted our office and said he never owned the gun. |
| Peter Henry Miles | Gibralter Dr., Reno, NV | 5/11/2021 | Returned to Sender 5/20/2021, not deliverable as addressed, unable to forward. Deceased. |
| Ryan James Miller | Jeffrey Dr., Modesto, CA | 5/11/2021 | Returned to Sender 5/20/2021, vacant, unable to forward |
| Ryan James Miller | Melrose Blvd, Fond Du Lac, WI | 9/3/2021 | signed by Ryan Miller |
| Kyle Phillip Morris | Bryan St., Reno, NV | 5/17/2021 | Signed and delivered 5/19/2021 per USPS.com |
| Roger C. Nabalm | Thistle Circle, Martinez, CA | 5/17/2021 | Returned to Sender 6/8/2021, not deliverable as addressed, unable to forward. |
| Tom M. Pagnano | Oppio St., Sparks, NV | 5/17/2021 | Returned to Sender 6/11/2021, unclaimed |
| Filemon Paragoso | Archer Pl., Aurora, CO | 5/17/2021 | Returned to Sender 6/1/2021, no such number, unable to forward. Deceased. |
| Leo Allen Prettyman | E 68th Ave, Spanaway, WA | 5/17/2021 | Returned to Sender 6/1/2021, attempted – not known, unable to forward. Deceased. |
| Gary Arnold Remelin | PO Box, Cottonwood, CA | 5/17/2021 | 5/20/2021 signed by Gary Remelin. Mr. Remelin contacted our office and said he does not have an interest in the gun. |
| Robin Baird Seaton | Switch Ct., Sparks, NV | 5/17/2021 | Delivered 5/19/2021 per USPS.com. AUSA Justin Lee spoke to Mr. Seaton on 7/19/2021 and answered his questions regarding the notice he received. |

| | | | |
|---|---|---|---|
| John Edward Russell | E Kharma Way, Benson, AZ | 5/17/2022 | Returned to Sender 6/28/2021, unclaimed |
| Jillian Patricia Sereday | Conner Rd., Valleyford, WA | 5/17/2021 | Returned to Sender 6/14/2021, unclaimed |
| Brian Allyn Sessons | E Rancier Ave, Killen, TX | 5/17/2021 | Returned to Sender 5/28/2021, unable to forward |
| Brian Allyn Sessons | Buckland Dr., Reno, NV | 9/3/2021 | In Transit |
| Brian Allyn Sessons | Buckland Dr., Reno, NV | 11/21/2022 | 11/28/2022.  Delivered 11/28/2022 to Lakewood, WA based on request on green card per USPS.com |
| Jan Ruggles Smith | Louise Way, Sunnyside, WA | 5/17/2021 | 5/21/2021 signed by Jan R. Smith |
| Jeanie Helen Spear | 4th Ave, Rio Dell, CA | 5/17/2021 | Returned to Sender 6/8/2021, unclaimed |
| Thomas David Stanfield II | Rainfall Way, Fernley, NV | 5/17/2021 | Returned to Sender 5/24/2021, attempted – not known, unable to forward |
| Thomas David Stanfield II | Hickory Pass, San Antonio, TX | 9/3/2021 | In Transit |
| Thomas David Stanfield II | Hickory Pass, San Antonio, TX | 11/21/2022 | Returned to Sender 12/5/2022, not deliverable as addressed, unable to forward |
| JC Staton, Jr. | N Bradford, La Verne, CA | 5/17/2021 | Returned to Sender 6/9/2021, not deliverable as addressed, unable to forward.  Deceased. |
| Timothy Dale Stephenson Jr | Sage View Dr., Sparks, NV | 5/17/2021 | 5/2/2021.  Delivered 5/22/2021 per USPS.com |
| Ronald Martin Swanson | Pintado Ct., Tracy, CA | 5/17/2021 | Returned to Sender 6/1/2021, attempted – not known, unable to forward |
| Ronald Martin Swanson | Newport Court, Tracy, CA | 9/3/2021 | 9/8/2021 |
| Louis John Sylvester | Cortez Rd., Lake Ariel, PA | 5/17/2021 | Returned to Sender 6/28/2021, unclaimed |
| Reno Bruce Testolin | Wilcox Ranch Rd., Reno, NV | 5/17/2021 | Returned to Sender 6/14/2021, unclaimed |
| Gregory Lee Tobin | Paisley Ct., Sparks, NV | 5/17/2021 | 5/19/2021 signed by Greg Lee Tobin |
| Ian Joseph Dunlap Vanek | Bonanza Dr., Carson City, NV | 5/17/2021 | 5/20/2021 signed by Audrey Vanek |
| Mark Anthony Villasenor | Bluebird Rd., Sonora, CA | 5/17/2021 | Returned to Sender 6/1/2021, attempted – no such street, unable to forward |
| Mark Anthony Villasenor | Fallview Drive, Sonora, CA | 9/3/2021 | Delivered 9/7/2021 per green card and USPS.com |
| Doris C Walters | Walters Ranch Rd., Lincoln, CA | 5/17/2021 | Returned to Sender 6/4/2021, vacant, unable to forward.  Deceased. |
| Frederick M. Williamson | 142nd Ave SE, Renton, WA | 5/17/2021 | Returned to Sender 6/1/2021, not deliverable as addressed, unable to forward.  Deceased. |
| Anthony Buckingham Wojcicki | TRW Way, Lockwood, NV | 5/17/2021 | Returned to Sender 5/26/2021, no such number, unable to forward |
| Anthony Buckingham Wojcicki | P.O. Box, Sparks, NV | 9/3/2021 | Signed by Anthony Wojcicki.  Delivered 9/7/2021 per USPS.com.  Mr. Wojcicki contacted our office and said he no longer has an interest in the gun. |
| Bert Allen York | Chula Vista Ct., Sparks, NV | 5/17/2021 | Returned to Sender 5/26/2021, not deliverable as addressed, unable to forward.  Deceased. |
| San Jose Police Department | W. Mission St., San Jose, CA | 5/17/2021 | In transit |
| San Jose Police Department | W. Mission St., San Jose, CA | 11/21/2022 | Delivered 11/23/2022 per green card and USPS.com.  San Jose Police Department contacted our office by phone and by email on 12/14/2022.  We provided answers to their questions. |

Final Order of Forfeiture